## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Joyce Burnett                               }
4408  39th Street, N.W.                     }
Washington, D.C -20016                      }
                                            }
                                            }
V.                                          }
                                            }
Amar Sharma                                 }
Anasuya Sharma                              }
Amit Sharma                                 }
4801  41st street N.W                       }
Washington, D.C.20016                       }
                                            }
Washington Agents for Services, Inc.        }
Loewinger & Brand, PLLC                     }
471 H.Street, N.W                           } Case No.   I:06CV00037
Washington, D.C 20001                       } Judge: Reggie B.Walton
                                            } Deck Type: Civil Rights
Jennifer A. Renton, Esq.                    }
531 Highland Drive                          }
Edgewater, MD -21037                        }
                                            }
Sharma Law Group                            }
9911 Georgia Ave                            }
Silver Spring                               }
MD 20902                                    }
                                            }
District of Columbia office of              }
Corporation Counsel                         }
441  4th Street, N.W                        }
Room 600 South                              }
Washington, D.C.20001                       }

# MOTION TO DISMISS OF DEFENDANTS' SHARMA LAW GROUP
## (formerly Sharma & Bhandari)

Defendants Sharma Law Group formerly Sharma & Bhandari ("SLG") moves this Honorable Court to dismiss this case with prejudice. In support of this Motion SLG incorporates the facts and arguments recited below:

1) Pro-Se Plaintiff's Complaint was filed on or about January 11, 2006.

2) On or about February 13, 2006, this Honorable Court reinstated case titled <u>Joyce Burnet V. Amar Sharma et.al.</u> CA No. 03-2365 (RBW).

3) Both cases are based upon identical fact patrons seeking identical relief.

4) Reinstatement of previously filed case retains priority over this case.

5) Dismissal is warranted to promote economy and efficient utilization of resources of this Honorable Court and all parties.

**WHEREFORE**, for all the foregoing reasons, SLG prays entry of an order dismissing this case with prejudice.

_____
Onkar N. Sharma

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2006 I have sent a copy of the foregoing Motion to Dismiss of Defendants' Sharma Law Group by overnight courier/U. S. Mail first class postage prepaid/hand delivered to:

Joyce Burnett
4408  39th Street, N.W.
Washington, D.C -20016

Amar Sharma
Anasuya Sharma
Amit Sharma
4801  41st street N.W
Washington, D.C.20016

Michael Brand, Esquire
Loewinger & Brand, PLLC
471 H.Street, N.W
Jennifer A. Renton, Esq.
531 Highland Drive
Edgewater, MD -21037

District of Columbia office of
Corporation Counsel
441  4th Street, N.W
Room 600 South
Washington, D.C.20001

_____
Onkar N. Sharma