UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett ) | |
| ) | |
| Plaintiff, ) | Case Number: 1:06CV00037 |
| v. ) | Judge Reggie B. Walton |
| ) | |
| Amar Sharma, et al. ) | |
| ) | |
| Defendants. ) | |

### Defendant Loewinger & Brand, PLLC/ Washington Agents for Service's Motion for Enlargement of Time to Respond

Defendant, Loewinger & Brand, PLLC/ Washington Agents for Service, pursuant to Rule 6 of the Federal Rule of Civil Procedure moves this Honorable Court for an enlargement of time for an additional thirty days in which to file a response to Plaintiff's complaint. In support thereof, as more fully set out in the annexed Memorandum of Points and Authorities to which reference is hereby made, Defendant states that it has been involved as counsel to co-defendant Amar Sharma and is therefore trying to resolve separate representation issues.

Wherefore, the premises considered, Defendant prays the instant motion be granted.

Respectfully Submitted,

Michael Brand, # 202085
Loewinger & Brand, PLLC
471 H Street, NW
Washington, D.C. 20001
202-789-2382

LOEWINGER & BRAND,
PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382

## CERTIFICATE REGARDING CONSENT

I hereby certify that in accordance with Local Rule 7(m), I requested from the Plaintiff, Joyce Burnett on March 17, 2006, to consent to this motion, and said consent was not obtained.

_____
Michael Brand

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Motion for Enlargement of Time to Respond and attached Memorandum of Points and Authorities was served on this _17_ day of March, 2006, via regular mail, postage prepaid, on the following:

Joyce Burnett
4408 39th Street, N.W.
Washington, D.C. 20016

Amar Sharma
Anasuya Sharma
Amit Sharma
4801 41st Street, NW
Washington, D.C. 20016

Jennifer A. Renton, Esq.
431 Highland Dr.
Edgewater, MD 21037

Sharma Law Group
9911 Georgia Avenue
Silver Spring, MD 20902

District of Columbia Office of Attorney General
441 4th Street, NW, Room 600
Washington, D.C. 20001

Michael DeSantis
6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

_____
Michael Brand

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Joyce Burnett )<br><br>        Plaintiff, )<br>v. )<br><br>Amar Sharma, et al. )<br><br>        Defendants. )<br>) | Case Number: 1:06CV00037<br>Judge Reggie B. Walton |

### Memorandum of Points and Authorities in Support of Defendant Loewinger & Brand, PLLC/ Washington Agents for Service's Motion for Enlargement of Time to Respond

Loewinger & Brand, PLLC/Washington Agents for Service (hereinafter "L&B") is sued in its capacity as counsel to Mr. Sharma, who has been involved in litigation with Ms. Burnett for several years over the events that are referenced in this suit. Although defendant's correct name is "Loewinger & Brand, PLLC", defendant is listed in the Complaint as "Washington Agents for Service/Loewinger & Brand, PLLC." "Washington Agents for Service" is the Registered Agent for service of process of Loewinger and Brand, PLLC, and defendant believes that plaintiff merely listed Washington Agents for Service in the Caption of the Complaint to identify such agent for the US Marshall. While this defendant does not contest service of process in this matter, the "Party" designation in the Clerk's Office incorrectly lists "Washington Agents for Service" as the proper party rather than Loewinger and Brand, PLLC. Being unaware of this error, at the time that this motion was originally prepared, it was prepared and served in the name of Loewinger and Brand,

PLLC only. That version has not, however, been filed, as explained in the attached Notice to Parties (Exhibit 1). Rather, the instant version is being filed.

As noted, the claims that Ms. Burnett alleges come out of the representation of Mr. Sharma by L&B before the Superior Court of the District of Columbia. Therefore, Defendant is in the process of conferring with outside counsel in regards to the issue of representation of defendant Loewinger & Brand and defendant Amar Sharma. This has included discussions with Defendant Amar Sharma's insurance carrier and Defendant Loewinger & Brand's insurance carrier. Unfortunately the coordination efforts that are necessary in resolving this problem have not yet been fully resolved. Defendant's insurance carrier has requested a thirty day extension within which to resolve these issues.

<u>Rule 6(b) of the Federal Rules of Civil Procedure permits an enlargement of time</u>

The District Court may in its discretion grant an enlargement of time "for cause show." *Lujan v. National Wildlife Fed'n*, 497 U.S. 871, 896, 110 S.Ct. 3177, 3192 (1990).

Therefore, Defendant respectfully requests that a thirty day extension be granted to allow the issue of representation to be fully resolved prior to the filing of a response to Plaintiff's complaint.

### **Conclusion**

Defendant respectfully requests that it's motion for enlargement of time to respond be granted and defendant have thirty days in which to respond.

Respectfully Submitted,

/s/ Michael Brand

Michael Brand, # 202085
Loewinger & Brand, PLLC
471 H Street, NW
Washington, D.C. 20001
202-789-2382

LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382