## NOTICE TO PARTIES

Please be advised that the version of the instant motion mailed to you this 17th day of March, 2006 entitled "Defendant Loewinger & Brand, PLLC's Motion for Enlargement of Time to Respond" was not filed with the Court.

Rather the attached "Defendant Loewinger & Brand, PLLC/Washington Agents for Service Motion for Enlargement of Time to Respond" was filed and is served herewith.

Michael E. Brand #202085
Loewinger & Brand, PLLC
471 H Street, NW
Washington, DC  20001

Exhibit 1