UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett ) | |
| ) | |
| Plaintiff, ) | Case Number: 1:06CV00037 |
| v. ) | Judge Reggie B. Walton |
| ) | |
| Amar Sharma, et al. ) | |
| ) | |
| Defendants. ) | |

### Order

Upon consideration of Defendant Loewinger & Brand, PLLC/Washington Agents for Service's Motion for Enlargement of Time, Plaintiff's (lack of) opposition, the record herein and it appearing that good cause is shown for an enlargement of time, it is thereupon by this Court, this _____ day of _____, 2006,

ORDERED, that Defendant Loewinger & Brand/Washington Agents for Service's Motion for Enlargement of Time should be and is hereby GRANTED, and it is further ORDERED that Defendant Loewinger & Brand, PLLC/Washington Agents for Service shall have up to and including ___ day of _____, 2006 to file a response to the instant complaint.

**SO ORDERED**

_____
Judge, U.S. District Court for the District of Columbia

LOEWINGER & BRAND,
PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382

Copies To:

Joyce Burnett
4408 39th Street, NW
Washington, DC 20016

Amar Sharma
Anasuya Sharma
Amit Sharma
4801 41st Street, NW
Washington, DC 20016

Jennifer Rentaon
431 Highland Drive
Edgewater, MD 21037

Sharma Law Group
9911 Georgia Avenue
Silver Spring, MD 20902

District of Columbia Office of the Attorney General
441 4th Street,, NW, Room 600
Washington, DC 20001

Michael DeSantis, Esq.
6301 Ivy lane, Suite 800
Greenbelt, MD 20770

LOEWINGER & BRAND,
PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382