```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF COLUMBIA

JOYCE BURNETT                    :
                                 :
          Plaintiff              :
                                 :
v.                               :  Case No.: 1:06cv37 RBW
                                 :  Judge: Reggie B. Walton
AMAR SHARMA, et al.              :  Deck Type: Civil Rights
                                 :
          Defendants             :
```

## ANSWER OF DEFENDANTS AMAR SHARMA, ANASUYA SHARMA, AND AMIT SHARMA

COME NOW the Defendants, Amar Sharma, Anasuya Sharma, and Amit Sharma, by and through counsel, Michael A. DeSantis and HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP, and in Answer to the Complaint and Jury Demand, state as follows:

### FIRST DEFENSE

### Specific Denials

1.  To the extent that paragraph 1 of Plaintiff's Complaint and Jury Demand contains factual allegations, said allegations are specifically denied. The remaining allegations contained in paragraph 1 are also denied.

2.  The Defendants admit that the Plaintiff is bringing this cause of action. The Defendants specifically deny the remaining allegations in paragraph 2.

3.  The Defendants are without sufficient information or knowledge to form a belief as to the residency of the Plaintiff

HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

and, therefore, said allegation is denied. The Defendants specifically deny the remaining allegations in paragraph 3.

4.   The Defendants specifically deny the allegations contained in paragraph 4.

5.   The Defendants admit that Plaintiff is attempting to invoke jurisdiction. The Defendants specifically deny the remaining allegations in paragraph 5.

6.   The Defendants specifically deny the allegations contained in paragraph 6.

7.   The Defendants admit that the Plaintiff is improperly seeking to consolidate previously concluded matters. The Defendants deny the remaining allegations contained in paragraph 7 of the Complaint.

8.   The Defendants admit that Plaintiff is appearing *pro se,* that Plaintiff is an African-American female, that at one time, Jennifer Jones was a tenant at the subject property, and that Defendant Amar Sharma was and is the owner of the residence located at 4801 41st Street, N.W., Washington, D.C. 20016. The remaining allegations in paragraph 8 are hereby specifically denied.

9.   The Defendants admit that Onkar Sharma was at one time retained by the Defendants. The Defendants also admit that attorney Michael Brand was also retained by the Defendants. The Defendants are without sufficient information or knowledge to

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

———

5924 North 15th Street
Arlington, Virginia 22205

-2-

form a belief as to the truth of the allegation that the Department of Consumer and Regulatory Affairs is empowered with the duties and responsibilities as alleged by Plaintiff in paragraph 9 of the Complaint and, therefore, said allegations are hereby specifically denied.  The Defendants specifically deny the remaining allegations in paragraph 9 of the Complaint.

    10.   The allegations in paragraph 10 of the Complaint are hereby specifically denied.

    11.   The allegations in paragraph 11 are hereby specifically denied.

    12.   The allegations in paragraph 12 are hereby specifically denied.

    13.   The allegations in paragraph 13 are hereby specifically denied.

    14.   The allegations in paragraph 14 are hereby specifically denied.

    15.   The allegations in paragraph 15 are hereby specifically denied.

    16.   The allegations in paragraph 16 are hereby specifically denied.

    17.   The allegations in paragraph 17 are hereby specifically denied.

    18.   The allegations in paragraph 18 are hereby specifically denied.

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

19.  The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 19 and, therefore, said allegations are hereby specifically denied.

20.  The Defendants admit that Defendant Amar Sharma leased the premises to Jennifer Jones, who is Caucasian, and who, upon information and belief, did at one time declare bankruptcy.  The Defendants specifically deny the remaining allegations contained in paragraph 20 of the Complaint.

21.  The allegations in paragraph 21 are admitted.

22.  The Defendants specifically deny the allegations contained in paragraph 22 of the Complaint.

23.  The Defendants specifically deny the allegations contained in paragraph 23 of the Complaint.

24.  The Defendants specifically deny the allegations contained in paragraph 24 of the Complaint.

25.  The Defendants specifically deny the allegations contained in paragraph 25 of the Complaint.

26.  The Defendants specifically deny the allegations contained in paragraph 26 of the Complaint.

27.  The Defendants specifically deny the allegations contained in paragraph 27 of the Complaint.

28.  The Defendants specifically deny the allegations contained in paragraph 28 of the Complaint.

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

29. The Defendants specifically deny the allegations contained in paragraph 29 of the Complaint.

30. The Defendants specifically deny the allegations contained in paragraph 30 of the Complaint.

31. The Defendants specifically deny the allegations contained in paragraph 31 of the Complaint.

32. The Defendants specifically deny the allegations contained in paragraph 32 of the Complaint.

33. The Defendants specifically deny the allegations contained in paragraph 33 of the Complaint.

34. The Defendants specifically deny the allegations contained in paragraph 34 of the Complaint.

35. The Defendants specifically deny the allegations contained in paragraph 35 of the Complaint.

36. The Defendants specifically deny the allegations contained in paragraph 36 of the Complaint.

37. The Defendants specifically deny the allegations contained in paragraph 37 of the Complaint.

38. The Defendants specifically deny the allegations contained in paragraph 38 of the Complaint.

39. The Defendants specifically deny the allegations contained in paragraph 39 of the Complaint.

40. The Defendants specifically deny the allegations contained in paragraph 40 of the Complaint.

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

_____

5924 North 15th Street
Arlington, Virginia 22205

41. The Defendants specifically deny the allegations contained in paragraph 41 of the Complaint.

42. The Defendants admit that the Plaintiff spoke with Defendant Amar Sharma regarding the Plaintiff's mailbox issues. The Defendants specifically deny the remaining allegations contained in paragraph 42 of the Complaint.

43. The Defendants are without sufficient information or knowledge to form a belief as to the allegations contained in paragraph 43 of the Complaint and, therefore, said allegations are specifically denied.

44. The allegations in paragraph 44 are admitted.

45. The Defendants specifically deny the allegations contained in paragraph 45 of the Complaint.

46. The Defendants specifically deny the allegations contained in paragraph 46 of the Complaint.

47. The Defendants specifically deny the allegations contained in paragraph 47 of the Complaint.

48. The Defendants admit that the Defendants attempted to rent the premises after Jennifer Jones left the premises and that the Plaintiff's room was shown to prospective new tenants. The Defendants specifically deny the remaining allegations contained in paragraph 48 of the Complaint.

49. The allegations contained in paragraph 49 are admitted.

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

50. The Defendants admit that Defendant Amar Sharma maintains that the Plaintiff never contacted him and by the time Plaintiff had reached him, he had rented the place to a couple. The Defendants specifically deny that Defendant Amar Sharma stated that he never knew the Plaintiff was there as alleged in paragraph 50 of the Complaint.

51. The Defendants specifically deny the allegations contained in paragraph 51 of the Complaint.

52. The Defendants specifically deny the allegations contained in paragraph 52 of the Complaint.

53. The Defendants admit that the actions alleged in paragraph 53 of the Complaint were conducted by and through counsel.

54. The Defendants admit that after the Plaintiff refused to vacate the premises after Jennifer Jones vacated the premises, that while the Plaintiff improperly remained in the premises, the premises had been cited with housing code violations.

55. The Defendants admit that Defendant Amar Sharma filed for eviction against the Plaintiff by and though counsel. The exact number is unknown at this time.

56. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations

HARTEL, KANE, DESANTIS, MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205

contained in paragraph 56 and, therefore, said allegations are hereby specifically denied.

57.  The Defendants are without sufficient information or knowledge for form a belief as to the truth of the allegations contained in paragraph 57 and, therefore, said allegations are hereby specifically denied.

58.  The Defendants are without sufficient information or knowledge for form a belief as to the truth of the allegations contained in paragraph 58 and, therefore, said allegations are hereby specifically denied.

59.  The Defendants admit that attorney Michael Brand took over the case from attorney Sharma.  The Defendants are without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 59 and, therefore, said allegations are hereby specifically denied.

60.  The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 60 and, therefore, said allegations are hereby specifically denied.

61.  The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 61 and, therefore, said allegations are hereby specifically denied.

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

62. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 62 and, therefore, said allegations are hereby specifically denied.

63. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 63 and, therefore, said allegations are hereby specifically denied.

64. The Defendants specifically deny the allegations contained in paragraph 64 of the Complaint.

65. The Defendants specifically deny the allegations contained in paragraph 65 of the Complaint.

66. The Defendants specifically deny the allegations contained in paragraph 66 of the Complaint.

67. The Defendants specifically deny any and all alleged violations, but does admit that the Plaintiff is making unfounded and unjustified demands for relief as alleged in paragraph 67 of the Complaint.

68. The Defendants specifically deny each and every allegation and claim alleged by Plaintiff in paragraphs 68 through 253 contained under Plaintiff's Causes of Actions beginning on page 14 through page 43 of the Complaint.

69. The Defendants specifically deny that the Plaintiff is entitled to her requested Prayer for Relief as alleged in

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

paragraphs 1 through 21 under Plaintiff's Prayer for Relief contained on pages 43 through 45 of the Complaint.

### SECOND DEFENSE

This Honorable Court lacks jurisdiction over the subject matter.

### THIRD DEFENSE

The Plaintiff has failed to state a claim upon which relief can be granted.

### FOURTH DEFENSE

The Plaintiff's claims are barred by accord and satisfaction.

### FIFTH DEFENSE

The Plaintiff's claims are barred by assumption of the risk.

### SIXTH DEFENSE

The Plaintiff's claims are barred by collateral estoppel.

### SEVENTH DEFENSE

The Plaintiff's claims are barred by Plaintiff's contributory negligence.

### EIGHTH DEFENSE

The Plaintiff's claims are barred by estoppel.

### NINTH DEFENSE

The Plaintiff's claims are barred by fraud.

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
⎯⎯⎯⎯
5924 North 15th Street
Arlington, Virginia 22205

**TENTH DEFENSE**

The Plaintiff's claims are barred by illegality.

**ELEVENTH DEFENSE**

The Plaintiff's claims are barred by latches.

**TWELFTH DEFENSE**

The Plaintiff's claims are barred by res judicata.

**THIRTEENTH DEFENSE**

The Plaintiff's claims are barred by the statute of frauds.

**FOURTEENTH DEFENSE**

The Plaintiff's claims are barred by the applicable statute of limitations.

**FIFTEENTH DEFENSE**

The Plaintiff's claims are barred by waiver.

**SIXTEENTH DEFENSE**

The Plaintiff has failed to meet all conditions precedent.

**SEVENTEENTH DEFENSE**

The Defendants did not contract as alleged.

**EIGHTEENTH DEFENSE**

The Plaintiff has failed to exhaust all required administrative procedures and remedies.

**NINETEENTH DEFENSE**

The Plaintiff has failed to mitigate damages.

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

**TWENTIETH DEFENSE**

The Defendants plead failure of consideration.

**TWENTY FIRST DEFENSE**

The Defendants plead arbitration and award.

**TWENTY SECOND DEFENSE**

The Defendants generally deny any and all liability contained in the allegations of the Complaint.

                HARTEL, KANE, DeSANTIS,
                MacDONALD & HOWIE, LLP

By: _____
    Michael A. DeSantis
    Bar No. 422602
    6301 Ivy Lane, Suite 800
    Greenbelt, Maryland 20770
    Telephone: (301) 486-1200
    Facsimile: (301) 486-0935

**REQUEST FOR JURY TRIAL**

The Defendants, through counsel, requests a trial by jury as to all issues herein.

_____
Michael A. DeSantis

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___ day of _____, 2006, I mailed, postage prepaid, a copy of the foregoing Answer to:

    Joyce Burnett, *pro se*
    4408 39th Street, N.W.
    Washington, D.C.  20016

    Michael E. Brand, Esquire
    LOEWINGER & BRAND, PLLC
    471 H Street, N.W.
    Washington, D.C.  20001

    Jennifer A. Renton, Esq., *pro se*
    P.O. Box 526
    Edgewater, MD 21037
    (240) 460-3232

    Sharma Law Group
    9911 Georgia Avenue
    Silver Spring, MD 20902

    District of Columbia
     Office of Corporate Counsel
    441 4th Street, N.W.
    Washington, D.C.  20001

                                      _____
                                      Michael A. DeSantis

E:\MAD\Burnett v. Sharma\Answer.wpd\drb\0537-0210

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
_____

5924 North 15th Street
Arlington, Virginia 22205