IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BURNETT | : |
| Plaintiff | : Case No.: 1:06cv37 RBW |
| v. | : Judge: Reggie B. Walton |
| | : Deck Type: Civil Rights |
| AMAR SHARMA, et al | : |
| Defendants | : |

## AMENDED ANSWER OF DEFENDANT JENNIFER A. RENTON

COMES NOW the defendant, Jennifer A. Renton, *pro se*, and in response to above cited Complaint, amends her Answer to the Complaint, which contained specific denials, to also to contain the following specific defenses to the Plaintiff's claims and allegations, and to further reserve any other defenses that may apply:

### FIRST DEFENSE

1. Defendant, Jennifer A. Renton specifically denies all allegations against her.

### SECOND DEFENSE

2. Defendant, Jennifer A. Renton is without sufficient information or knowledge to form belief as to any fact, claim, or allegation in the Complaint, other than what is stated in her Answer.

### THIRD DEFENSE

3. Defendant is without sufficient information or knowledge to form a belief as to any of the allegations against any of the other parties, other than what is stated in her Answer.

### FOURTH DEFENSE

RECEIVED
MAR 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. Defendant, Jennifer A. Renton, specifically denies that Plaintiff is entitled to any part of her requested Prayer for Relief concerning any claim or allegation made in her Complaint.

### FIFTH DEFENSE

5. This Honorable Court lacks jurisdiction over the subject matter.

### SIXTH DEFENSE

6. The Plaintiff has filed to state, at any point in her Complaint, a claim upon which relief can be granted.

### SEVENTH DEFENSE

7. The Plaintiff's claims are barred by assumption of the risk.

### EIGTH DEFENSE

8. The Plaintiff's claims are barred by collateral estoppel.

### NINTH DEFENSE

9. The Plaintiff's claims are barred by Plaintiff's contributory negligence

### TENTH DEFENSE

10. The Plaintiff's claims are barred by estoppel.

### ELEVENTH DEFENSE

11. The Plaintiff's claims are barred by fraud.

### TWELFTH DEFENSE

12. The Plaintiff's claims are barred by the doctrine of unclean hands.

### THIRTEENTH DEFENSE

13. The Plaintiffs claims are barred by illegality.

### FOURTEENTH DEFENSE

14. The Plaintiff's claims are barred by latches.

### FIFTEENTH DEFENSE

15. The Plaintiff's claims, according to her own Complaint, are barred by res judicata.

### SIXTEENTH DEFENSE

16. The Plaintiff's claims, according to her own Complaint, are barred by the statute of frauds.

### SEVENTEENTH DEFENSE

17. The Plaintiffs claims are barred by the applicable statue of limitations.

### EIGHTEENTH DEFENSE

18. The Plaintiff's claims are barred by waiver.

### NINETEENTH DEFENSE

19. The Plaintiff has filed not meet all conditions precedent.

### TWEENTIETH DEFENSE

20. The Defendant, Jennifer A. Renton, adopts as is applicable all further Defenses raised by Defendants, including that of the failure to mitigate damages.

### TWENTY FIRST DEFENSE

21. Defendant, Jennifer A. Renton, pleads arbitration and award, attorney fees and costs, and against the Plaintiff for misuse of the legal process pursuant to Fed. R. Civ. P. 11.

### TWENTY SECOND DEFENSE

22. The Defendant, Jennifer A. Renton, generally denies any and all liability contained in the allegations of the Complaint.

### TWENTY THRID DEFENSE

23. The Defendant, Jennifer A. Renton generally denies any and all liability contained in the allegations of the Complaint.

>Respectfully submitted,
>
>_____
>Jennifer A. Renton, *pro se*
>P.O. Box 526
>Edgewater, MD 21037

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of Mar., 2006, I mailed, postage prepaid, a copy of the foregoing Amended Answer Defendant Jennifer A. Renton to:

Joyce Burnett, *pro se*
4408 39th St., NW
Washington, D.C. 20016

Michael E. Brand, Esq.
LOEWINGER & BRAND, PLLC
471 H St., NW
Washington, D.C. 20001

Sharma Law Group
9911 Georgia Ave.
Silver Spring, MD 20902

District of Columbia
Office of Corporation Counsel
441 4th St., NW
Washington, D.C. 20001

*/s/ Jennifer H. Renton*

5