UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOYCE BURNETT,

             Plaintiff,

  v.

AMAR SHARMA, *et al.*,

             Defendants.

Civil Action No. 06-0037 (RBW)

## ORDER

Defendant "District of Columbia Office of Corporation Counsel" moves to dismiss the complaint. Because a ruling on the motion potentially could dispose of this case, the Court hereby advises the *pro se* plaintiff of her obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to it. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). In addition, plaintiff is directed to Rule 6(e) of the Federal Rules of Civil

1

Procedure, which provides:

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail or by other approved means], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that, on or before **May 5, 2006**, plaintiff shall file her opposition or other response to defendant's motion to dismiss. If plaintiff fails to respond timely, the Court may grant defendant's motion as conceded, and summarily may dismiss the complaint.

                                                                         /s/
                                        REGGIE B. WALTON
                                        United States District Judge

Date: April 6, 2006