IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BURNETT | : |
| Plaintiff | : |
| | : |
| v. | : Case No.: 1:06cv37 RBW |
| | : Judge: Reggie B. Walton |
| AMAR SHARMA, et al | : |

## PRAECIPE

COMES NOW the defendant, Jennifer A. Renton, pro se, to inform by praecipe that her Answer, sent certified return receipt to the Plaintiff, has been returned to her unopened after three attempts to deliver, on April 1, April 6, and April 16, 2006, were unsuccessful. Her Amended Answer, sent to the Plaintiff on March 25, 2006 by first class mail, as also been returned with "return to sender-not at this address" written on the envelope. The address put on both pieces of mail is the one designated on the Complaint, which is: Joyce Burnett, pro se, 4408 39th St., N.W., Washington, D.C. 20016. The undersigned respectfully requests to be advised when and if a good address for the Plaintiff becomes known.

Respectfully submitted,

*[signature]*
Jennifer A. Renton, pro se
P.O. Box 526
Edgewater, MD 21037

**CERTIFICATE OF SERVICE**

RECEIVED
APR 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I HEREBY CERTIFY that on this __13__ day of __April__, 2006, I mailed, postage prepaid, a copy of the foregoing Praecipe to:

Joyce Burnett, *pro se*
4408 39th St., NW
Washington, D.C. 20016

Michael E. Brand, Esq.
LOEWINGER & BRAND, PLLC
471 H St., NW
Washington, D.C. 20001

Sharma Law Group
9911 Georgia Ave.
Silver Spring, MD 20902

District of Columbia
Office of Corporation Counsel
441 4th St., NW
Washington, D.C. 20001

*Jennifer A. Renton*