UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett ) | |
| ) | |
| Plaintiff, ) | Case Number: 1:06CV00037 |
| v. ) | Judge Reggie B. Walton |
| ) | |
| Amar Sharma, et al. ) | |
| ) | |
| Defendants. ) | |

### Order

Upon consideration of the Defendant Loewinger & Brand, PLLC/ Washington Agents for Service's Motion to Dismiss for Failure to State a Claim, Plaintiff's (lack of) opposition, the record herein and it appearing that there is no claim against Loewinger & Brand, PLLC/ Washington Agents for Service upon which relief can be granted, it is thereupon by this Court, this _____ day of _____, 2006,

ORDERED, that Defendant Loewinger & Brand, PLLC/ Washington Agents for Service's Motion to Dismiss for Failure to State a Claim should be and hereby GRANTED.

**SO ORDERED**

_____
Judge, U.S. District Court for the District of Columbia

cc:

Joyce Burnett
4408 39th Street, N.W.
Washington, D.C. 20016

Joyce Burnett
P.O. Box 6274
Washington, D.C. 20015

Michael A. DeSantis, Esq.

LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382

9

6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

Jennifer A. Renton, Esq.
P.O. Box 526
Edgewater, MD 21037

Jennifer A. Renton, Esq.
P.O. Box 526
Edgewater, MD 21037

Sharma Law Group
9911 Georgia Avenue
Silver Spring, MD 20902

Patricia A. Jones
Leticia L. Valdse
District of Columbia Office of Attorney General
441 4th Street, NW, Sixth Floor South
Washington, D.C. 20001

Michael Brand, Esq.
Loewinger & Brand, PLLC
471 H Street, N.W.
Washington, D.C. 20001