IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BURNETT | : |
| Plaintiff | : |
| | : |
| | : CA No.: 06-0037 RBW |
| v. | : |
| | : |
| AMAR SHARMA, et al | : |

## ORDER

Upon consideration of the Defendant Jennifer A. Renton's Motion to Dismiss the Plaintiff's Complaint, Memorandum of Law, plaintiff's response thereto, if any, and the record herein, it is this _____ day of _____, 2006,

ORDERED: that the Defendant Jennifer A. Renton's Motion to Dismiss the Plaintiff's Complaint is hereby GRANTED for the reasons set forth in her motion, and it is,

FURTHER ORDERED: that plaintiff's Complaint against the Defendant Jennifer A. Renton is dismissed with prejudice.

_____
Judge Reggie B. Walton