## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett | } |
|     Plaintiff | } |
| | } |
| v. | } Case No. 1:06CV00037 |
| | } |
| Amar Sharma, et.al | } |
|     Defendants | } |

### DEFENDANTS' ONKAR N. SHARMA
### AND SHARMA LAW GROUP'S FORMERLY SHARMA &BHANDARI,
### MOTION TO DISMISS

      Pursuant to Rule 12(b) (6) of the Fed. R. Civ. P., Defendants Onkar N. Sharma, and Sharma Law Group, formerly Sharma & Bhandari (collectively herein after "Sharma Law Group" or "SLG"), unless a specific reference is necessary, move this Honorable Court to dismiss this case for failure to state a claim upon which relief can be granted against the SLG.  This motion is supported by Memorandum of Law filed here with and incorporated herein by reference.

                                    Respectfully Submitted

                                   _____

                                   Onkar N. Sharma
                                   D.C Bar No. 217810

Sharma Law Group
9911 Georgia Ave
Silver Spring, MD -20902
Phone: 301-593-1983
Fax : 301-681-1222

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of May 2006, I have sent a copy of the foregoing  Defendants' Onkar N. Sharma and Sharma Law Group's Motion to Dismiss and Memorandum  by overnight courier/U.S. Mail postage prepaid/hand delivered to :

Joyce Burnett
P.O.Box 6274
Washington .D.C 20015

Michael A. DeSantis, Esquire
Suite 800
6301 Ivy Lane, Greenbelt
MD -20770

Jennifer A. Renton, Esquire
P.O.Box 526
Edgewater, MD -21037

Patricia A. Jones, Esq
D.C.Office of AG
441-4th Street, N.W
Washington D.C.20001

Michael Brand, Esquire
Loewinger A. Brand
471 H Street, N.W.
Washington D.C.20001

_____
Onkar N. Sharma