UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Joyce Burnett** } | |
|    Plaintiff } | |
| } | |
| v. } | Case No. 1:06CV00037 |
| } | |
| **Amar Sharma, et.al** } | |
|    Defendants } | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS ONKAR N. SHARMA AND SHARMA LAW GROUP'S (FORMERELY SHARMA & BHANDARI) MOTION TO DISMISS

Pursuant to Rule 12(b) (6) of the Fed. R. Civ. P., Defendants Onkar N. Sharma, and Sharma Law Group, formerly Sharma & Bhandari (collectively herein after "Sharma Law Group" or "SLG"), unless a specific reference is necessary, move this Honorable Court to dismiss this case for failure to state a claim upon which relief can be granted against the SLG.

SLG is sued in its capacity as Counsel to Mr. Amar N. Sharma, who has successfully obtained possession of his residential property located at 4801-41 street N.W., Washington D.C, from the Plaintiff Joyce Burnett (Ms.Burnett).

In June 1998, Ms. Burnett had obtained one year sublease to rent one room from previous tenant of Mr. A.N.Sharma. In November 1999 previous tenant of Mr. A.N. Sharma vacated the premises. Ms. Burnett continued to occupy the entire residential property of Mr. A.N. Sharma without a legal right to do so. This required

filing of multiple actions against Ms. Burnett in the Landlord & Tenant Division of the Superior Court of the District of Columbia. Ms. Burnett obtained free representation from housing clinics of the American University Law School, and the Law School of the University of District of Columbia. Multiple filings were required to address the issues of "notice", "service of summons and complaint", "cause of breach of tenancy beginning each month". The merits of Ms. Burnett's claims have been fully addressed in each case. Ms. Burnett is seeking to relitigate the same issues. In June 2003 Ms.Burnett was evicted from the premises. Ms.Burnett's repeated appeals and filings have been considered and adjudicated by the D.C.Court of Appeals. SLG represented by Mr.Sharma diligently. Presuming that all of the allegation of Ms. Burnett against SLG are true, no relief can be granted to here against SLG.

In addition, the actions taken by SLG are protected by "attorney client privilege", which is held by Mr.A.N.Sharma, thereby prohibiting SLG from disclosing the confidential information received by SLG. In the performance of its duties to Mr.A.N.Sharma, statements made by Sharma Law Group are also protected by the absolute privilege granted to an attorney as an officer of the Court. See Restatements (Second) of Torts § 586, comment a. The "judicial proceedings" privilege is applicable to Ms. Burnett's claims against SLG. See Finkestein, Thompson & Longhran v. Hemsphere Biopharma, Inc., 774 A.2d 332, 338 (D.C.2001). Marsh v. Hollander, 339 F.Supp.2d 1.6, (D.C.2004). Arneja v. Gidar, 541 A.2d 621, 623 (D.C.1988). Each claim made by Ms. Burnett against SLG relates to conduct at earlier trials. The same is not subject to second guess for alleged damages, if any, to Ms. Burnett.

WHEREFORE, for all the foregoing reasons, SLG requests entry of an order dismissing SLG as party from this proceeding with award of attorneys fees and costs against Ms.Burnett.

                                                  Respectfully Submitted

                                                  _____
                                                  Onkar N. Sharma
                                                  D.C.Bar # 217810

Sharma Law Group
9911 Georgia Ave
Silver Spring, MD -20902
Phone : 301-593-1983
Fax : 301-681-1222