# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Joyce Burnett** | } | |
|     **Plaintiff** | } | |
| | } | |
| **v.** | } | **Case No. 1:06CV00037** |
| | } | |
| **Amar Sharma, et.al** | } | |
|     **Defendants** | } | |

## ORDER

Upon consideration of Defendant's Onkar N. Sharma, and Sharma Law Group's (formerly known as Sharma & Bhandari) Motion to Dismiss for failure to state a claim, Plaintiff's Opposition thereto, if any, and the entire record herein, and the record set forth in Civ.No.03-2365, it is there upon adjudicated, and ordered, this ___day of _____, 2006.


That Defendant Onkar N. Sharma, and Sharma Law Group's (formerly known as Sharma & Bhandari), Motion to Dismiss for failure to state a claim is hereby **GRANTED**; and it is


Further **ORDERED** that Defendants Onkar N. Sharma and Sharma Law Group (formerly known as Sharma & Bhandari) shall have ____days to submit their Affidavit of Attorneys fees and Costs in this matter.


                                _____
                                Judge U.S. District Court
                                For the District of Columbia

Cc to:

Joyce Burnett
P.O.Box 6274
Washington .D.C 20015

Michael A. DeSantis, Esquire
Suite 800
6301 Ivy Lane, Greenbelt
MD -20770

Jennifer A. Renton, Esquire
P.O.Box 526
Edgewater, MD -21037

Patricia A. Jones, Esq
D.C.Office of AG
441-4th Street, N.W
Washington D.C.20001

Michael Brand, Esquire
Loewinger A. Brand
471 H Street, N.W.
Washington D.C.20001

Onkar N. Sharma, Esquire
Sharma Law Group
9911 Georgia Ave
Silver Spring
MD -20902