# EXHIBITS

# LEASE

(This lease is a legally binding contract. If not understood, seek competent advice before signing.)

THIS DEED OF LEASE made this 14th day of June, 1995 by and between TENANT, Joyce Ann Burnett hereinafter referred to as Tenant, and LANDLORD, Jennifer Jones, hereinafter referred to as Landlord, and

## WITNESSETH

1. **DEMISE OF PROPERTY TERM/RENT**: THAT IN CONSIDERATION of the promises, rents and covenants herein expressed, Landlord hereby leases to Tenant and Tenant rents from Landlord, upon the terms and conditions herein set forth, the unfurnished room at the house at 4801 41st Street, N.W. Washington, D.C. for the term commencing on July 1, 1995 and ending on June 30, 1996, for the total sum during the term of 4560 — payable as follows: the first installment of 380 covering the period July 1, 1995 through July 30, 1995 — due before occupying the premises and thereafter installments of 380 — due on the twenty-fifth day of each calendar month thereafter without notice, demand or deduction.

2. **RENT**: Rent shall be payable to Jennifer Jones, at 4801 41st Street, N.W., Washington, D.C, Washington, D.C. 20016, phone number (202) 364-1558.

3. **PETS**: Tenant shall not keep or allow pets on premises. The following pet(s) may be kept on the premises: none, other than the cat Casper Jones. Clementine Jones

4. If Tenant is transferred as a result of job relocation, notice shall be given to the landlord. Such notice shall cancel this lease on the last day of the following month, provided that the notice is accompanied by the rent for such following month. A transfer out of the area is defined as at least fifty miles from the leased premises. If the lease is cancelled before the expiration of its full term, the security deposit shall be forfeited, but if Tenant supplies a suitable replacement for her room and both of the two remaining occupants/tenants of the house agree to him or her as a replacement in writing, then Tenant will not be liable for the remaining months on the lease. Acceptance of the proffered replacement is/may may consult both what is reasonable and the personal taste of the two remaining occupants/tenants of the house.

5. **SECURITY DEPOSIT**: Tenant has paid, or before occupying the premises agrees to pay, a security deposit of $400 (a sum equal to one (1) month's rent) as security for the full and faithful performance by Tenant of his obligations hereunder. This deposit is payable to and will be held by Landlord. In the

Exhibit 1

event of any breach or failure of Tenant hereunder, the Landlord shall have the right to use and apply the security deposit in the manner provided and permitted by law, including the payment of Tenant's outstanding utility bills. Following termination of the tenancy and return of keys to Landlord, Landlord shall make a final inspection of the premises. If Tenant had faithfully performed his obligations hereunder, paid all rent and other charges due Landlord, cleaned the room, returned all keys and left the premises (including all fixtures, facilities, and appliances) in the same condition as when premises were occupied except for reasonable wear and tear and normal depreciation, then Landlord shall within forty-five (45) days after the termination of tenancy and delivery of possession of premises return the amount of the security to Tenant with such interest as required by law. If Landlord has made any deductions from security deposit or accrued interest as permitted by law, all of said deductions shall be fully itemized in writing to Tenant within forty-five (45) days of termination of tenancy. No part of said security or any accrued interest as required by law shall be applied by Tenant as payment of any part of the rent or other obligations due hereunder, and Tenant shall pay rent required each month as through no security deposit were ever made.

5. **LATE FEE OR RETURNED CHECKS**: If any installment of rent is not received by Landlord within five days from the due date, Tenant covenants and agrees to pay as additional rent the sum of 5 percent of the monthly rent of $400, which is $20.00. Tenant further agrees to pay a handling charge of $25 for each check returned by the bank for insufficient funds or any other reason. Landlord may require any and all payments to be made in cash, money order or certified funds.

6. **DEFAULT OF RENT**: In the event that Tenant fails to pay when due any installment of rent, or additional rent, and such rent, or additional rent, is not paid within 5 days after written notice by Landlord of non-payment and of intention to terminate this lease, in addition to other remedies provided by law, Landlord may terminate this lease. Upon such termination, Landlord shall be entitled to possession of the property, to any unpaid rent or additional rent, to recover any damages sustained and to such attorney's fees as may be recoverable by law. It is further covenanted and agreed between the parties hereto that if any installment of rent hereinbefore reserved and not paid at the time and place agreed upon, although no formal or legal demand shall have been made for the same, or if any of the covenants, conditions or agreements herein contained shall not be performed or observed by the Tenant, according to their full tenor and effect, or in case the leased premises shall be deserted or vacated, then in either or any of said events the Landlord may proceed to recover possession of said premises in accordance with the law governing proceedings between Landlord and Tenant.

2

7. **ATTORNEY'S FEE AND ENFORCEMENT**: Tenant further covenants and agrees that in the event of his default in any installment of rent, or in the event of his breach of any covenant or condition hereof, that he will reimburse the Landlord for any money expended by Landlord for reasonable attorney fees or other costs which may be incurred to enforce this lease.

8. **USE AND REPAIR OF FACILITIES**: Tenant shall use in a reasonable manner all electrical, plumbing, sanitary, heating, ventilating, air conditioning and other fixtures, facilities and appliances in the premises, and Tenant shall be responsible to repair them at his expense for any damage caused by his failure to comply with this requirement.

9. **UTILITY CHARGES, DUES AND FEES**: Tenant will pay all utility charges, including but not limited to gas, water, sewer fee, electricity, waste removal and telephone. Said utility charges will commence on the effective day of this lease. Landlord is to pay any and all association dues, homeowner dues, condominium dues, etc. unless otherwise agreed upon. Swimming pool fees to be paid by Tenant unless included in the aforementioned dues and fees.

10. **RIGHTS OF LANDLORD UPON BREACH OF LEASE BY TENANT**: If Tenant violates any of the provisions of this lease or any of the rules and regulations imposed by Landlord, or if any bankruptcy or insolvency proceedings are filed by or against Tenant (or a receiver or trustee is appointed for his property), or if the premises are vacated or abandoned, Landlord shall be entitled to avail himself of all rights and remedies to which he may be entitled, either at law or in equity (including but not limited to, the right to terminate this lease and recover possession) and Landlord shall be also entitled to recover reasonable attorney fees and costs as allowed by law.

11. **WAIVER OF BREACH**: No waiver or oversight of any breach of any covenants, condition or agreement herein contained, or compromise or settlement relating to such a breach shall operate as a waiver of the covenant, condition or agreement itself, or any subsequent breach thereof.

12. **UNENFORCEABLE CLAUSES**: All individual provisions, paragraphs, sentences, clauses, sections and words in this lease shall be severable if necessary.

13. **LIABILITY FOR PERSONAL OR PROPERTY DAMAGE**: All persons and personal property in or on said property shall be at the sole risk and responsibility of Tenant. Landlord shall not be liable for any damage or injury to said persons or personal property arising from the negligence, acts or omission of acts of any persons or entity, or from roof, wall, floor, door or window, water leaks, or from the freezing, bursting, leaking, or overflowing of water, steam, sewer or gas pipes, or from heating or plumbing fixtures, or from electric wires or fixtures, or from

3

...property of Tenant or any... ...hereby expressly and without... ...(property) and Tenant... ...to save Landlord harmless in all... ...events and agrees... ...unless such injury or damage is committed... ...and with malice by Landlord.

June 14, 1998                    Jennifer A. Jones

~~Joyce~~ June 14, 1998          Joyce Burnett