To: Amar Sharma

From: Jennifer A. Renton

Re: Notice to Vacate Residence at 4801 41st St., N.W., Washington, D.C. 20016

Dt: 10-18-99

Dear Mr. Sharma:

Thank you for the many kind and happy years I have had at the above address.

I, Jennifer A. Renton, on behalf of myself and all those claiming by or through me, hereby give formal notice that I will vacate the premises located at 4801 41st Street, N.W., Washington, D.C. as of November 30, 1999.

        Sincerely,

        *Jennifer A. Renton* (signature)

        Jennifer A. Renton
        (Formerly, Jennifer A. Jones)

Exhibit 2