IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JOYCE BURNETT                          :
                                       :
        Plaintiff                      :
                                       :
v.                                     :  Case No.: 1:06cv37 RBW
                                       :
AMAR SHARMA, et al.                    :
                                       :
        Defendants                     :

### DEFENDANTS' MOTION TO DISMISS

COME NOW the Defendants, Amar Sharma, Anasuya Sharma and Amit Sharma, by and through counsel, Michael A. DeSantis and HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP, and moves to dismiss the Plaintiff's Second Amended Complaint and Jury Demand and for grounds state as follows:

1. The undersigned defense counsel received electronic notice on May 17, 2006, of the filing of Plaintiff's Second Amended Complaint and Jury Demand in Civil Case 06-0037 RBW. Apparently, and upon information and belief, Plaintiff also filed the exact same Second Amended Complaint and Jury Demand in Civil Case 03-02365 RBW, however, in the 03-02365 RBW case, these Defendants and undersigned defense counsel did not receive electronic notice of the filing of the Second Amended Complaint in the 03-02365 RBW case. Upon information and belief, Plaintiff filed the exact same pleading with the two (2) case numbers listed on the Plaintiff's Second Amended Complaint and Jury Demand in both civil actions.

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

2. In the 03-2365 RBW matter, the Court issued a summons dated May 4, 2006, indicating that the Second Amended Complaint was being served upon the Defendants. Attached to the summons dated May 4, 2006, in the 03-2365 RBW case was the Amended Complaint and not Plaintiff's Seconded Amended Complaint and Jury Demand. The Amended Complaint was stricken by Order of Court on February 13, 2006, in the 03-2365 RBW matter pursuant to Docket Entry #48 in the matter of 03-2365 RBW, and therefore, as of February 13, 2006, by Order of Court in 03-2365 RBW, Plaintiff's Amended Complaint which was originally filed on September 14, 2005, was stricken. Therefore, the Defendants have not been served with process in 03-2365 with the Second Amended Complaint and Jury Demand.

3. Apparently, and upon information and belief, while this Honorable Court was reconsidering Plaintiff's Motion for Reconsideration of Dismissal in Civil Action No. 03-2365 RBW, Plaintiff filed a new action in Civil Action No. 06-0037 RBW. These Defendants have answered the Complaint and Jury Demand in 06-0037 RBW.

4. Plaintiff then, in violation of the Federal Rules of Civil Procedure, and in violation of this Honorable Court's Order dated September 24, 2005, in Civil Action No. 03-2365 RBW, the Plaintiff filed a Second Amended Complaint in the newly filed action of Civil Action No. 06-0037 RBW without Leave of

Hartel, Kane, DeSantis,
MacDonald & Howie, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

-2-

Court.  See Federal Rule of Civil Procedure 15(a).  Therefore, at this time, Plaintiff has pending in this Court several Complaints, Amended Complaints, and Second Amended Complaints filed under two (2) separate civil action numbers embodying and constituting two (2) separate cases.  These cases, however, are based on and arise out of the exact same alleged incident and the Complaints, Amended Complaints, and Second Amended Complaints are substantially similar with only minor alterations.

    5.   Upon information and belief, it is believed that Plaintiff has filed the Second Amended Complaint and Jury Demand to obviate the need to respond to the pending Motions to Dismiss filed by the various Defendants.

    6.   To allow Plaintiff to proceed in such a manner is duplicitous, and will cause great hardship and expense upon all of the Defendants to respond to each manifestation of Plaintiff's Complaint or Complaints.  Plaintiff should not be able to proceed in violation of the Court's Rules, especially when taking into consideration the Court originally dismissed Civil Action No. 03-2365 RBW citing that Plaintiff was in violation of the Federal Rules of Civil Procedure in not obtaining an Order of Court allowing leave to file an Amended Complaint in that action.  See Order dated September 24, 2005,

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

in Civil Action No. 03-2365 RBW signed by the Honorable Reggie B. Walton.

7. While substantively, it may not matter which case proceeds through litigation, it is clear that both cannot. In addition, the Defendants cannot be required to respond to multiple actions arising out of the same incident and alleging, in essence, the same cause of actions.

8. Since these Defendants have never been served with the Second Amended Complaint in Civil Action No. 03-02365 RBW, and since these Defendants have answered the 250 plus paragraph original Complaint in Civil Action No. 06-0037 RBW, these Defendants would prefer to have all of the other Complaints, including the Second Amended Complaint filed in 06-0037 RBW, without Leave of Court, dismissed.

9. In the event that this Honorable Court is inclined to do so, these Defendants would then request that the original Complaint in Civil Action 06-0037 RBW be dismissed. These Defendants incorporate herein by reference those Motions to Dismiss previously filed by the Co-Defendants as those defenses raised therein may be applicable to these Defendants. If this Honorable Court is not inclined to, in essence as requested above, dismiss both Civil Actions in their entirety, then these Defendants would humbly and respectfully request that Plaintiff only be allowed to proceed in one (1) Civil Action and that the

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

Answer previously filed by these Defendants to the original Complaint in Civil Action No. 06-0037 RBW stand as these Defendants' Answer to the Plaintiff's allegations.

Respectfully submitted,

HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP

By: _____
Michael A. DeSantis
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5 day of June, 2006, I mailed, postage pre-paid, a copy of the foregoing to:

Joyce Burnett, *pro se*
P.O. Box 6274
Washington, D.C. 20015

Michael E. Brand, Esquire
LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C. 20001

Jennifer A. Renton, Esq., *pro se*
P.O. Box 526
Edgewater, MD 21037

Sharma Law Group
9911 Georgia Avenue
Silver Spring, MD 20902

HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

-5-

District of Columbia
 Office of Corporate Counsel
441 4th Street, N.W.
Washington, D.C.  20001

_____
Michael A. DeSantis

E:\MAD\Burnett v. Sharma\Mot to Dismiss.1.06cv37RBW.wpd

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

_____

5924 North 15th Street
Arlington, Virginia 22205

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JOYCE BURNETT                         :
                                      :
         Plaintiff                    :
                                      :
v.                                    : Case No.: 1:06cv37 RBW
                                      :
AMAR SHARMA, et al.                   :
                                      :
         Defendants                   :

### PROPOSED ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss, and any Opposition or Response thereto, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia hereby:

ORDERED that the Defendants' Motion to Dismiss be and is hereby granted; and it is further

ORDERED that Civil Action Nos. 03-cv-02365 RBW and 06-cv-0037 RBW be and are hereby dismissed with prejudice.

                                      _____
                                      Reggie B. Walton
                                      United States District Judge

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

Copies to:

Michael A. DeSantis, Esquire
HARTEL, KANE, DeSANTIS,
 MacDONALD & HOWIE, LLP
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770

Joyce Burnett, *pro se*
P.O. Box 6274
Washington, D.C.  20015

Michael E. Brand, Esquire
LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C.  20001

Jennifer A. Renton, Esq., *pro se*
P.O. Box 526
Edgewater, MD 21037

Sharma Law Group
9911 Georgia Avenue
Silver Spring, MD 20902

District of Columbia
 Office of Corporate Counsel
441 4th Street, N.W.
Washington, D.C.  20001

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205