UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Amar Sharma, et al. )<br>)<br>Defendants. )<br>) | Case Number: 06-0037 (RBW)<br>Judge Reggie B. Walton |

### Order

Upon consideration of Defendant Loewinger & Brand's Motion to Dismiss, Plaintiff's (lack of) opposition, the record herein, it is thereupon by this Court, this _____ day of _____, 2006,

ORDERED, that Defendant Loewinger & Brand's Motion to Dismiss should be and is hereby GRANTED; and it is further

ORDERED, that the Complaint herein be and hereby is dismissed as to Defendant Loewinger and Brand, PLLC. (and Washington Agents for Service, Inc.) with prejudice.

**SO ORDERED**

_____
Judge Reggie B. Walton

cc:

| Joyce Burnett<br>4408 39th Street, N.W.<br>Washington, D.C. 20016 | Jennifer A. Renton, Esq.<br>P.O. Box 526<br>Edgewater, MD 21037 |
|---|---|
| Joyce Burnett<br>P.O. Box 6274<br>Washington, D.C. 20015 | Jennifer A. Renton, Esq.<br>431 Highland Drive<br>Edgewater, MD 21037 |

LOEWINGER & BRAND,
PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382

9

| | |
|---|---|
| Michael A. DeSantis, Esq.<br>6301 Ivy Lane, Suite 800<br>Greenbelt, MD 20770 | Sharma Law Group<br>9911 Georgia Avenue<br>Silver Spring, MD 20902 |
| Patricia A. Jones<br>Leticia L. Valdse<br>District of Columbia Office of Attorney General<br>441 4th Street, NW, Sixth Floor South<br>Washington, D.C. 20001 | Michael Brand, Esq.<br>Loewinger & Brand, PLLC<br>471 H Street, N.W.<br>Washington, D.C. 20001 |