UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett<br>P.O. Box 6274<br>Washington, D.C. 20015<br>　　　　Plaintiff<br>v.<br><br>Defendants. | Case No: 03-2365 and 06-0037<br>**RBW** |

## ORDER

Having heard arguments of both the Plaintiff and Defendants, this Court hereby denies Defendants' Motions for Dismissal.

ORDERED BY THIS HONORABLE COURT

_____

Honorable Reggie B. Walton
United States District Court Judge

7