UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett )<br><br>　　　　Plaintiff, )<br>　v. )<br> )<br>Amar Sharma, et al. )<br> )<br>　　　　Defendants. ) | Case Number: 06-0037 (RBW)<br>Judge Reggie B. Walton |

**<u>Defendant Loewinger & Brand, PLLC's Reply to Plaintiff's Response to the Motion to Dismiss, or in the Alternative, to Consolidate</u>**

Defendant, Loewinger & Brand, PLLC, (hereinafter "L&B") hereby makes this reply to Plaintiff Joyce Burnett's response to L&B's Motion to Dismiss or in the Alternative to Consolidate as follows:

1.　Plaintiff incorrectly states the facts related to the filing of the Amended Complaint. As outlined in L&B's Motion to Strike, since responsive pleadings had been filed, the Plaintiff had to file a motion to amend the complaint. Since the Plaintiff has failed to do so, the Motion to Strike the Amended Complaint should be granted.

2.　Plaintiff does not provide compelling reasons why the two cases must remain separate and apart. In counsel's review of the two complaints (the Second Amended Complaint filed on May 16, 2006, in 03-2365 and the original complaint filed in 06-0037)[1], the only differences between the two suits were references to additional exhibits in this case that were not included in the 2006 filing and the addition of a count of promissory estoppel

---

[1] There is currently a pending motion to dismiss by L&B in both matters of subsequently filed "amended complaints" since leave was not granted. Since this motion is pending, this analysis is based upon the earlier complaints that are not in question.

LOEWINGER & BRAND,
PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382

in the 2006 filing. Otherwise the suits are virtually identical. Although Plaintiff alleges "[o]ne [case] focuses on some Defendants as officers of the Court and includes separate federal allegations while the other includes separate other and independent federal allegations. There are some claims that overlap between the two but the complaints are not identical and should remain separate." [Doc. 67 at 7-8]. It is illogical to state that due to the addition of one count in the 2006 case, the twenty-four other counts must be litigated twice. L&B respectfully suggests that consolidation of these two matters is proper.

3. The physical harm that Plaintiff alleges has occurred to Plaintiff, is not based upon any action of L&B, therefore this is not a valid rationale for the Defendant's Motion to Dismiss to be denied.

4. Plaintiff alleges that the Defendant's actions constitute state action; however she does show how the actions of an attorney, representing a client can be considered "state action".

5. Plaintiff alleges that any actions against "counsel without specifically naming Loewinger & Brand and/or Sharma Law Group are allegations against both the Sharma Law Group and L&B." [Doc. 27 at 7]. Sharma Law Group and L&B represented the Sharma family at different times, rather than in concert with one another. Therefore, both parties cannot be held liable in anyway for acting together.

Respectfully Submitted,

_____
Michael Brand, # 202085
Loewinger & Brand, PLLC
471 H Street, NW
Washington, D.C. 20001
202-789-2382
Counsel for Defendant

LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Motion to Dismiss and attached Memorandum of Points and Authorities was served on this /2 day of July, 2006, via regular mail, postage prepaid, on the following:

Joyce Burnett[2]
4408 39th Street, N.W.
Washington, D.C. 20016

Michael A. DeSantis, Esq.
6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

Patricia A. Jones
Leticia L. Valdse
District of Columbia Office of Attorney General
441 4th Street, NW, Sixth Floor South
Washington, D.C. 20001

Joyce Burnett
P.O. Box 6274
Washington, D.C. 20015

Jennifer A. Renton, Esq.
P.O. Box 526
Edgewater, MD 21037

Jennifer A. Renton, Esq.
431 Highland Drive
Edgewater, MD 21037

Sharma Law Group
9911 Georgia Avenue
Silver Spring, MD 20902

_____
Michael Brand

LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382

---

[2] Although Plaintiff alleges in the 2003 case for Rule 11 Sanctions against L&B for sending mailings to the street address, Plaintiff has not requested to be able to use the post office box in this case. Until such time as such a request is granted, Defendant is required to use the street address listed by Plaintiff to send filings in this matter.