## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOYCE BURNETT,

                Plaintiff,

     v.

AMAR SHARMA, *et al.*,

                Defendants.

Civil Action No. 06-0037 (RBW)

## ORDER

Defendants Amar Sharma, Anasuya Sharma, and Amit Sharma move to dismiss plaintiff's Second Amended Complaint [Dkt. #22] on the ground that plaintiff filed the pleading without leave of Court in violation of Rule 15(a) of the Federal Rules of Civil Procedure. Defendants' Motion to Dismiss ("Sharmas' Mot.") ¶ 4.  The Court will grant the motion, and strike the Second Amended Complaint.

Generally, a plaintiff may amend her complaint "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a).  Rule 15(a) thus "guarantee[s] a plaintiff an absolute right to amend [her] complaint once at any time before the defendant has filed a responsive pleading." *James V. Hurson Assoc., Inc. v. Glickman*, 229 F.3d 277, 282-83 (D.C. Cir. 2000); *see United States ex rel. Baggan v. DME Corp.*, No. 96-1983, 1997 WL 600569, *1 (D.D.C. Sept. 22, 1997) ("[I]n a typical civil action, a complaint may be amended once as a matter of right at any time before an answer is filed.").  If a defendant has filed a

1

responsive pleading, a plaintiff may amend her complaint "only by leave of court or by written

consent of the adverse party."  Fed. R. Civ. P. 15(a).

The Sharmas filed and served an Answer to the initial complaint on March 20, 2006.  *See*

Dkt. #10.  Plaintiff filed her Second Amended Complaint on May 16, 2006.  *See* Dkt. #22.

Plaintiff neither sought leave of court nor obtained the Sharmas' written consent, in violation of

Rule 15(a).

Accordingly, it is hereby

ORDERED that the motion to dismiss the Second Amended Complaint filed on behalf of

defendants Amar Sharma, Anasuya Sharma, and Amit Sharma [Dkt. #24] is GRANTED.  The

Sharmas' requests for dismissal of plaintiff's initial complaint and dismissal of this civil action in

its entirety are denied without prejudice.  It is further

ORDERED that the Second Amended Complaint [Dkt. #22] is STRICKEN.  It is further

ORDERED that an initial scheduling conference is set for **August 17, 2006 at 10:00 a.m.**

in Courtroom No. 5.

SO ORDERED.


_____/s/_____
REGGIE B. WALTON
United States District Judge


Date: July 8, 2006