UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joyce Burnett §
P.O. Box 6274 §
Washington, D.C. 20015 §
    Plaintiff § Case No: 03-2365 and 06-0037
v. § **RBW**
§
Defendants. §

**ORDER**

Having considered the arguments both for and against Plaintiff's Motion for Leave of Court to Amend her Complaint, this Court hereby grants Plaintiff's Motion For Leave to Amend.

ORDERED BY THIS HONORABLE COURT

_____

Honorable Reggie B. Walton
United States District Court Judge

7