UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joyce Burnett
P.O. 6274
Washington, D.C. 20015

Case No: 06-0037
RBW

v.

Defendants, et al.

## PLAINTIFF'S MOTION FOR RECONSIDERATION, TO VACATE ORDER, AND TO REINSTATE DEFENDANTS AS PARTIES

Comes Now, Plaintiff Burnett and requests that the Court reconsider its Orders dismissing the District of Columbia as a party in this matter, and denying the Second Amended Complaint as moot. Burnett also requests that the Court reconsider the grant of Motions to Dismiss to the other parties and the holding the Second Amended Complaint as moot. The other Defendants named in the order include Loewinger & Brand PLLC/ Washington Agents for Service, Jennifer Renton, and Onkar N. Sharma and Sharma Law Group. Plaintiff requests that none of the defendants be dismissed as parties and that each be reinstated.

The Court clearly explained in the Order granting the dismissals that Burnett failed to meet the filing deadline. The Court further notes that Burnett is familiar with the litigation process and filed pleadings in Superior Court. The Court is correct in each statement and even notes that the Plaintiff is a pro se litigant. The only matter that the Court fails to consider is Plaintiff's medical condition which resulted from long term exposure to carbon monoxide poisoning and was caused and or permitted by the Defendants.

RECEIVED
AUG 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff hopes that the Court will Reconsider its Orders and include Plaintiff's medical condition as a factor in its decision. Please See the attached Memorandum of Points and Authorities.

Joyce Burnett
P.O. Box 6274
Washington, D.C. 20015
(202) 294-7936

*Joyce Burnett*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joyce Burnett
P.O. 6274
Washington, D.C. 20015                                  Case No: 06-0037
                                                        RBW

    v.

Defendants, et al.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court has explained that Burnett failed to respond to motions in a timely fashion. The Court is correct. However, Burnett is not mentally and physically capable of responding to motions and Orders in a timely fashion given the symptoms of her medical condition. The Court details each factor and supports its decision with case law. However, the Court does not include as a factor the Plaintiff's medical condition.

The sheer volume and repetition of the filings alone should indicate to the Court that the Plaintiff is suffering from neurological problems which she readily admits to. The Plaintiff does not see the errors until they are pointed out after the fact by others including the Court.

A review of the docket of the last case in Superior Court (51649) would show a number of requests by Burnett for additional time to respond and or to prepare for the litigation. Each was opposed by the opposing party and most were denied by the Court. Trying to meet Court deadlines and respond to motions triggered seizures and made Burnett's condition worse. The Superior Court Judge had a note from Burnett's doctor

3

which he chose to ignore. Needless to say, Burnett was not able to plead her case and she lost.

As the Court is aware, Burnett suffers from a medical condition resulting from carbon monoxide poisoning. Her medication does not control all of her symptoms and she does not have any control over when they will start. Burnett's symptoms include mental confusion, inability to understand and comprehend simple written information, in addition to physical exhaustion, and inability to engage in any physical activity. Burnett has complained to her doctor about these and other symptoms which Burnett hopes to address at trial.

Burnett's condition was caused by the Defendants that the Court has dismissed from the complaint. Thus Burnett will not be able to be heard and or obtain relief against the very parties who caused and permitted the injury. The Order of the Court appears to suggest that because Burnett is an intelligent person who has earned a degree and filed papers in the Court that she does not have a medical condition that limits ALL OF HER ACTIVITIES AND ABILITY TO THINK AND PERFORM REGULAR ACTIONS. Each day is a struggle for Burnett. But each day she thanks God that she is still alive and that this action is not a wrongful death suit.

Were it not for the carbon monoxide poisoning that Burnett suffered and its apparent permanent effects, plaintiff would have no recourse. The Court has discretion to reconsider its ruling on this case. The Plaintiff is not aware of any rule that pertains to a litigant who has a medical condition that impacts her ability to participate in the litigation. Rule 15 (a) permits the amendment of a pleading when justice so requires. Justice requires that the Defendants be held responsible for their actions and that the

4

Plaintiff be heard on this case so that the Defendants do not repeat their offensive behavior with other persons. Plaintiff requests that the Court reconsider its ruling.

Plaintiff has also filed a motion in a related case, 03-2365, requesting the permission of the Court to file an Amended Complaint and other motions. Should the Court grant Plaintiff's motion in 03-2365, all issues will be included in that complaint and Plaintiff will withdraw this complaint. As it stands, the Courts Order compromises the Plaintiff's ability to obtain relief for the harm done. Plaintiff requests that the Court reconsider this matter closely. The Plaintiff spent years preparing for a career which she will not be able to engage in. The Plaintiff must still however pay for loans and other expenses. The plaintiff remains on medication and if the Court wants a letter from the Plaintiff's neurologist, the Plaintiff would be more than happy to provide it.

Joyce Burnett
P.O. Box 6274
Washington, D.C. 20015
(202) 294-7936

*Joyce Burnett*

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joyce Burnett
P.O. 6274
Washington, D.C. 20015            Case No: 06-0037
                                  **RBW**
   v.

Defendants, et al.

### ORDER

Having heard all parties, this Court Hereby grants Plaintiff's Motion for Reconsideration and reinstates each Defendant dismissed from the case. The Court also holds that the Second Amended Complaint is valid and not moot and will be heard.

_____

Honorable Judge Reggie Walton

United States District Judge

6