UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Amar Sharma, et al. )<br>)<br>Defendants. )<br>) | Case Number: 03-2365 (RBW)<br>Judge Reggie B. Walton |

### Defendant Loewinger & Brand, PLLC's Opposition to Plaintiff's Motion to Extension of Time

Defendant Loewinger and Brand, PLLC., opposes Plaintiff's Motion of Extension of Time. In support thereof, as more fully set out in the attached Memorandum of Points and Authorities, to which reference is hereby made, Defendant shows that Plaintiff has received numerous extensions and has not shown good cause for the request relief.

WHEREFORE, defendant respectfully requests that this Honorable Court deny Plaintiff's Motion for Extension of Time.

Respectfully Submitted,

_____
Michael Brand, # 202085
Loewinger & Brand, PLLC
471 H Street, NW
Washington, D.C. 20001
202-789-2382
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Opposition to Plaintiff's Motion for Extension of Time and attached Memorandum of Points and Authorities was served on this 2d day of Nov, 2006, via regular mail, postage prepaid, on the following:

| | |
|---|---|
| Joyce Burnett<br>P.O. Box 6274<br>Washington, D.C. 20015 | Jennifer A. Renton, Esq.<br>P.O. Box 526<br>Edgewater, MD 21037 |
| Michael A. DeSantis, Esq.<br>6301 Ivy Lane, Suite 800<br>Greenbelt, MD 20770 | Jennifer A. Renton, Esq.<br>431 Highland Drive<br>Edgewater, MD 21037 |
| Patricia A. Jones<br>Leticia L. Valdse<br>District of Columbia Office of Attorney General<br>441 4th Street, NW, Sixth Floor South<br>Washington, D.C. 20001 | Sharma Law Group<br>9911 Georgia Avenue<br>Silver Spring, MD 20902 |

_____
Michael Brand

LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Amar Sharma, et al. )<br>)<br>Defendants. )<br>) | Case Number: 03-2365 (RBW)<br>Judge Reggie B. Walton |

### Memorandum of Points and Authorities in Support of Defendant Loewinger & Brand, PLLC's Opposition to Plaintiff's Motion for Extension of Time

Comes now, Defendant Loewinger and Brand, PLLC, in support of its opposition to Plaintiff's Motion for Extension of Time states as follows:

**Facts**

1. A complaint was filed on November 14, 2003.

2. The final amended complaint [Document #80] was filed on October 2, 2006.

3. On October 16, 2006, Defendant Loewinger and Brand, PLLC, filed a motion to dismiss [Document #83]. This Motion was substantially similar to Document #55 filed on May 18, 2006, to which plaintiff filed an opposition on June 9, 2006 [Document #66].

4. On October 20, 2006, Defendant Sharma Law Group filed a motion to dismiss [Document #84].

5. On October 23, 2006, Defendants Amar Sharma, Anasuya Sharma and Amit Sharma filed a motion for summary judgment [Document #85].

LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382

3

6. On October 26, 2006, the Plaintiff filed a motion for leave to file the Motion for Extension of Time, requesting an extension of time "to respond to defendants' motions" until December 15, 2006 [Document #86].

7. Status Conference is set for November 13, 2006 at 10:15 a.m.

## Discussion

The case has been pending for almost three years and yet this case has not progressed beyond initial pleadings. In Plaintiff's Motion, there is no delineation of different requested deadlines for different motions filed by the various defendants. While the Sharma defendants motion is extensive, the defendant's motion is similar to one that has been pending for months. No justification has been shown as to why, such a lengthy extension is required to the instant motion.

## Conclusion

For the foregoing reasons it is submitted that the instant Motion should be denied.

Respectfully Submitted,

_____
Michael Brand, # 202085
Loewinger & Brand, PLLC
471 H Street, NW
Washington, D.C. 20001
202-789-2382
Counsel for Defendant