UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett )<br>)<br>　　　　Plaintiff, )<br>　　v. )<br>)<br>Amar Sharma, et al. )<br>)<br>　　　　Defendants. )<br>) | Case Number: 03-2365 (RBW)<br>Judge Reggie B. Walton |

### Order

Upon consideration of Plaintiff's Motion for Extension of Time, Defendant's opposition, the record herein, it is thereupon by this Court, this _____ day of _____, 2006,

ORDERED, that Plaintiff's Motion for Extension of Time should be and is hereby DENIED..

**SO ORDERED**

_____
Judge Reggie B. Walton

cc:

| | |
|---|---|
| Michael Brand, Esq.<br>Loewinger & Brand, PLLC<br>471 H Street, N.W.<br>Washington, D.C. 20001 | Jennifer A. Renton, Esq.<br>P.O. Box 526<br>Edgewater, MD 21037 |
| Joyce Burnett<br>P.O. Box 6274<br>Washington, D.C. 20015 | Jennifer A. Renton, Esq.<br>431 Highland Drive<br>Edgewater, MD 21037 |
| Michael A. DeSantis, Esq.<br>6301 Ivy Lane, Suite 800 | Sharma Law Group<br>9911 Georgia Avenue |

| Greenbelt, MD 20770 | Silver Spring, MD 20902 |
|---|---|
| Patricia A. Jones<br>Leticia L. Valdse<br>District of Columbia Office of Attorney General<br>441 4th Street, NW, Sixth Floor South<br>Washington, D.C. 20001 | |