UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BURNETT,<br><br>    Plaintiff,<br><br>v.<br><br>AMAR SHARMA, et al.,<br><br>    Defendants. | Civil Action No. 03-2365 (RBW) |
| JOYCE BURNETT,<br><br>    Plaintiff,<br><br>v.<br><br>AMAR SHARMA, et al.,<br><br>    Defendants. | Civil Action No. 06-0037 (RBW) |

### ORDER

It is hereby

ORDERED that plaintiff's Motion to Postpone November 13 Hearing Date [Dkt. #88] is GRANTED. It is further

ORDERED that the status hearing previously scheduled for November 13, 2006 at 10:15 a.m. is CONTINUED to February 2, 2007 at 10:00 a.m./p.m.

Date: November 10, 2006

REGGIE B. WALTON
United States District Judge