UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Amar Sharma, et al. )<br>)<br>Defendants. )<br>) | Case Number: 03-2365 (RBW)<br>Judge Reggie B. Walton |

### Defendant Loewinger & Brand, PLLC's Reply to
### Plaintiff's Opposition to the Motion to Dismiss

Defendant, Loewinger & Brand, PLLC, (hereinafter "L&B") hereby makes this reply to Plaintiff Joyce Burnett's opposition to L&B's Motion to Dismiss as follows:

1. The physical harm that Plaintiff alleges has occurred to Plaintiff, is not based upon any action of L&B, therefore this is not a valid rationale for the Defendant's Motion to Dismiss to be denied.

2. Plaintiff alleges that the Defendant's actions constitute state action; however she does not show how the actions of an attorney, representing a client can be considered "state action". Nor does the Plaintiff show any discriminatory intent by the Defendant L&B.

3. Plaintiff alleges that she suffered harm from having received a motion that was never filed. In addition, the Defendant had prepared the motion in good faith and then later determined the motion could not be filed since Plaintiff had paid the protective order payment in question. Defendant submits this is a harm that cannot be remedied by the Court. Plaintiff then continues by alleging that "[t]hese are critical matters that triggered the plaintiff's illness…" [Opposition at 22]. Defendant submits that the court proceedings in the

LOEWINGER & BRAND,
PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382

D.C. Superior Court were not the cause of Plaintiff's medical problems. Moreover, Plaintiff's remedies, if any, were in the Superior Court case, not this case.

4. Plaintiff alleges that L&B visited the premises (Id. at 20). The suggestion is that L&B saw unhealthy conditions and had a duty to protect the plaintiff. This is inaccurate. First, L&B never visited the premises. Secondly, in any instance, L&B owed no duty to the Plaintiff. Rather, its duty was to L&B's client, Amar Sharma. Plaintiff's reasoning would permit attorneys as a group to be held vicariously liable for the actions of their clients. This is clearly not the law.

The plaintiff has failed to meet her burden of showing that her allegations against L&B lead to a viable cause of action upon which relief can be granted. Accordingly, L&B should be dismissed a s party pursuant to Rule 12(b)(6).

Respectfully Submitted,

Michael Brand, #202085
Loewinger & Brand, PLLC
471 H Street, NW
Washington, D.C. 20001
202-789-2382
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Motion to Dismiss and attached Memorandum of Points and Authorities was served on this 21st day of December, 2006, via regular mail, postage prepaid, on the following:

Joyce Burnett
P.O. Box 6274
Washington, D.C. 20015

Michael A. DeSantis, Esq.
6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

Patricia A. Jones
Leticia L. Valdse
District of Columbia Office of Attorney General
441 4th Street, NW, Sixth Floor South
Washington, D.C. 20001

Jennifer A. Renton, Esq.
P.O. Box 526
Edgewater, MD 21037

Jennifer A. Renton, Esq.
431 Highland Drive
Edgewater, MD 21037

Sharma Law Group
9911 Georgia Avenue
Silver Spring, MD 20902

_____
Michael Brand

LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382