UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BURNETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAR SHARMA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 03-2365 (RBW) |
| JOYCE BURNETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAR SHARMA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0037 (RBW) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motion for leave to file [Dkt. #78] is DENIED as moot. It is further

ORDERED that defendant Jennifer Renton's motion to dismiss [Dkt. #79] is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE. The Court denies without prejudice defendant Renton's motion to dismiss for improper service of process and associated jurisdictional challenge. Her request for an extension of time to respond to the Final Amended

1

Complaint is granted. Defendant Renton shall file her answer or other response to the Final Amended Complaint within 20 days of entry of this Order. It is further

ORDERED that plaintiff's "Notice to Correct Defendant's Address for Service of Process" [Dkt. #82] is GRANTED. The Clerk of Court is directed to issue summonses and to cause service to be effected by the United States Marshals Service on the Mayor and Attorney General of the District of Columbia. It is further

ORDERED that defendant Loewinger & Brand, PLLC's motion to dismiss [Dkt. #83] is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE. Defendant's motion to dismiss plaintiff's discrimination claim is denied without prejudice. In all other respects defendant's motion is granted. It is further

ORDERED that defendant Sharma Law Group's motion to dismiss [Dkt. #84] is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE. Defendant's motion to dismiss all of plaintiff's claims under the doctrine of res judicata and to dismiss plaintiff's discrimination claim is denied without prejudice. Its motion to dismiss plaintiff's defamation claim is granted. It is further

ORDERED that the Sharma defendants' motion for summary judgment [Dkt. #85] is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE. Defendants Anasuya Sharma and Amit Sharma are DISMISSED as parties to this action. Plaintiff's discrimination claims against the Sharma defendants and her malicious persecution claim against all parties are DISMISSED. It is further

ORDERED that counsel's motion for leave to appear *pro hac vice* [Dkt. #94] is GRANTED. It is further

ORDERED that plaintiff's "Request for Leave of Court to File Responsive Motion Out of Time" [Dkt. #95] is DENIED, and her unopposed "Request that the Case be Heard by the Court Rather Than by Jury [Dkt. #95] is GRANTED.  It is further

ORDERED that all the motions pending in Civil Action No. 06-0037 are DENIED without prejudice.

SO ORDERED.

___/s/___
REGGIE B. WALTON
United States District Judge

Date:  March 30, 2007