UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BURNETT,            )<br>                                         )<br>       Plaintiff,                 )<br>                                         )<br>    v.                                 )<br>                                         )<br>AMAR SHARMA, *et al.*,   )<br>                                         )<br>       Defendants.           )  | Civil Action No. 03-2365 (RBW) |
| JOYCE BURNETT,            )<br>                                         )<br>       Plaintiff,                 )<br>                                         )<br>    v.                                 )<br>                                         )<br>AMAR SHARMA, *et al.*,   )<br>                                         )<br>       Defendants.           )  | Civil Action No. 06-0037 (RBW) |

**ORDER**

Based on the parties' representations and the Court's oral orders issued during the status hearing held on April 17, 2007, it is hereby

ORDERED that plaintiff shall file a memorandum of points and authorities in opposition to defendant Sharma's motion to dismiss by May 15, 2007. Pursuant to Local Civil Rule 7(b), the Court will treat defendant's motion as conceded if plaintiff fails to file an opposition within the prescribed time. Defendant's reply, if any, shall be filed by May 29, 2007. It is further

1

ORDERED that plaintiff's motion for reconsideration of the Court's March 30, 2007 Memorandum Opinion and Order shall be filed by May 15, 2007. Defendants' oppositions shall be filed by June 12, 2007, and plaintiff's reply, if any, shall be filed by June 26, 2007. It is further

ORDERED that plaintiff's "Request for Leave to File Motion and Motion for Extension of Time to Respond to Court Order" [#99] is DENIED. It is further

ORDERED that defendants shall file their respective dispositive motions by May 15, 2007. Plaintiff's oppositions shall be filed by June 12, 2007, and defendants' replies, if any, shall be filed by June 26, 2007. <u>All the filing deadlines set forth in this Order are firm. No extensions of time will be granted</u>. It is further

ORDERED that a status hearing is set for August 23, 2007 at 9:00 a.m. in Courtroom 16 of the E. Barrett Prettyman United States Courthouse.

SO ORDERED.

                                          /s/
                                      REGGIE B. WALTON
                                      United States District Judge

Date: April 17, 2007