**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

JOYCE BURNETT                          :
                                       :
        Plaintiff              :
                                       :
v.                                     : Case No.: 1:03cv2365 RBW
                                       :
AMAR SHARMA, et al.                    :
                                       :
        Defendants             :

### PROPOSED ORDER

UPON CONSIDERATION of Defendants Amar Sharma's Second Motion for Summary Judgment, and any Opposition or Response thereto, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia hereby:

ORDERED that the Defendant's Motion for Summary Judgment be and is hereby granted; and it is further

ORDERED that JUDGMENT for Defendants Amar Sharma on Civil Action No. 03-cv-2365 and 06-0037 be and hereby is GRANTED in favor of the Defendants and against the Plaintiff with costs.



HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15ᵗʰ Street
Arlington, Virginia 22205

                                _____

                                Hon. Reggie B. Walton
                                United States District Judge

Copies to:

Michael A. DeSantis, Esquire
HARTEL, KANE, DeSANTIS,
 MacDONALD & HOWIE, LLP
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770

Joyce Burnett, *pro se*
P.O. Box 6274
Washington, D.C.  20015

Michael E. Brand, Esquire
LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C.  20001

Jennifer A. Renton, Esquire, *pro se*
P.O. Box 526
Edgewater, MD 21037

Sharma Law Group
9911 Georgia Avenue
Silver Spring, MD 20902

District of Columbia
 Office of Corporate Counsel
441 4th Street, N.W.
Washington, D.C.  20001



HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205