**EXHIBIT C**

| Case Number | Status | Judge |
|---|---|---|
| 2001 CA 005488 B | Closed | ALPRIN, GEOFFREY M |

| In The Matter Of | Action |
|---|---|
| BURNETT, JOYCE Vs. SHARMA, AMAR et al | Complaint for Declaratory Judgment Filed |

| Party | | Attorneys |
|---|---|---|
| BURNETT, JOYCE | PLNTF | PRO SE |
| SHARMA, AMAR | DFNDT | BRAND, Mr MICHAEL E |
| LAW OFF OF SHARMA & BHANDARI | DFNDT | PRO SE |

A TRUE COPY
TEST: APR 4 2007

Clerk, Superior Court of
the District of Columbia

By _____
                Deputy Clerk

| Opened | Disposed | Case Type |
|---|---|---|
| 07/24/2001 | Dismissed for Want of Prosecution | Civil II |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 02/10/06 | Dismissed for Want of Prosecution | 0.00 | 0.00 |
| 2 | 02/10/06 | Event Resulted: The following event: Status Hearing scheduled for 02/10/2006 at 10:30 am has been resulted as follows: CTRM.#320, CTSMT. Result: Status Conference Not Held.. ATTY FOR THE DEFENDANT PRESENT. PLTF. DID NOT APPEAR.   CASE DISMISSED FOR WANT OF PROSECTION BY THE COURT.  J/ALPRIN. (PH). Mr MICHAEL E BRAND (Attorney) on behalf of AMAR SHARMA (Defendant) Participant(s): Judge GEOFFREY M ALPRIN | 0.00 | 0.00 |
| 3 | 11/21/05 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing Sent on: 11/21/2005  19:38:39 | 0.00 | 0.00 |
| 4 | 11/21/05 | Event Scheduled Event: Status Hearing Date: 02/10/2006    Time: 10:30 am Judge: ALPRIN, GEOFFREY M    Location: Courtroom 320<br><br>Result: Status Conference Not Held | 0.00 | 0.00 |
| 5 | 11/21/05 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing Sent on: 11/21/2005  14:23:55 | 0.00 | 0.00 |

Date: 05/04/2007  10:02:45          Docket Sheet                    Page: 2
                             Case 1:06-cv-00037-RBW   Document 42-5   Filed 05/14/2007   Page 3 of 30
CRTR5925                                 Summary

2001 CA 005488 B   BURNETT, JOYCE Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 6 | 11/18/05 | Event Resulted:<br>The following event: Status Hearing scheduled for 11/18/2005 at 10:30 am has been resulted as follows:<br><br>Result: Status Conference Not Held.  No appearance by either side. Status hearing reset for February 10, 2006 at 10:30am. J/Alprin. (ph). | 0.00 | 0.00 |
| 7 | 10/03/05 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on:  10/03/2005  20:37:28 | 0.00 | 0.00 |
| 8 | 09/30/05 | Event Scheduled<br>Event: Status Hearing<br>Date: 11/18/2005    Time: 10:30 am<br>Judge: ALPRIN, GEOFFREY M    Location: Courtroom 320<br><br>Result: Status Conference Not Held | 0.00 | 0.00 |
| 9 | 09/30/05 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on:  09/30/2005  12:06:23 | 0.00 | 0.00 |
| 10 | 08/25/04 | STAY<br><br>TDMS TYPE: JSD<br>TDMS EVENT: 1442sta<br>TDMS FLAG: sp<br><br>CREATED BY/ON: #485 Cox, Kin 08-27-2003<br>LAST MODIFIED BY/ON: #485 Cox, Kin 08-27-2003 | 0.00 | 0.00 |
| 11 | 11/06/03 | ORDERED, that these consolidated appeals are hereby dismissed for lack of jurisdiction as having been taken from non-final and non-appealable orders | 0.00 | 0.00 |
| 12 | 10/14/03 | ORDERED, sua sponte, that appeals nos. 03-CV-1022 and 03-CV-1023 are hereby consolidated for all purposes. It is FURTHER ORDERED, that the motions of appellant to proceed on appeal in forma pauperis and for leave to file the lodged document are granted and the Clerk shall file the lodged docketing statement, designation of record and statement regarding transcript. It is FURTHER ORDERED, that appellant shall, within 20 days from the date of this order, show cause why these appeals should not be dismissed for lack of jurisdiction as having been taken from non-final and non-appealable orders of the Superior Court. | 0.00 | 0.00 |

2001 CA 005488 B    BURNETT, JOYCE  Vs. SHARMA, AMAR et al

_____

                    Signed by Judge Wagner

_____

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------|----------------|-------------|
| 13 | 09/10/03 | PRE-TRIAL conference @ 9:30am<br>LSDATE: 20030812pt cnx<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0103b2F<br>TDMS FLAG: pt<br><br>CREATED BY/ON: #414 Weaver, 07-31-2003<br>LAST MODIFIED BY/ON: #414 Weaver,<br>07-31-2003 | 0.00 | 0.00 |
| 14 | 09/03/03 | Notice of appeal mailed to interested<br>parties<br><br>ENTRY BY: clerk<br>TDMS TYPE: DOC<br>TDMS EVENT: 9107not*<br><br>CREATED BY/ON: #4AR Richards 09-03-2003<br>LAST MODIFIED BY/ON: #4AR Richards<br>09-03-2003 | 0.00 | 0.00 |
| 15 | 09/02/03 | Notice of appeal filed by Joyce Burnett<br>from order entered August 27,2003<br><br>ENTRY BY: Burnett<br>TDMS TYPE: DOC<br>TDMS EVENT: 2214by<br>TDMS FLAG: s*<br><br>CREATED BY/ON: #4AR Richards 09-03-2003<br>LAST MODIFIED BY/ON: #4AR Richards<br>09-03-2003 | 0.00 | 0.00 |
| 16 | 08/26/03 | ORDER DENYING w/o prejudice Motion to<br>alter or AMEND judgment,fld 8-26-03,mld<br>8-27-03<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 9201mot*<br><br>CREATED BY/ON: #465 Jones, G 07-22-2003<br>LAST MODIFIED BY/ON: #485 Cox, Kin<br>08-27-2003 | 0.00 | 0.00 |
| 17 | 08/25/03 | STAY<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: JSD<br>TDMS EVENT: 1442sta<br><br>CREATED BY/ON: #485 Cox, Kin 08-27-2003<br>LAST MODIFIED BY/ON: #485 Cox, Kin<br>08-27-2003 | 0.00 | 0.00 |

Date: 05/04/2007  10:02:45          Docket Sheet                    Page: 4
                                  Case 1:06-cv-00037-RBW   Document 42-5   Filed 05/14/2007   Page 5 of 30
CRTR5925                            Summary

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees | Amount Owed/ | Balance Due |
|-----|---------|-------------------------------------|--------------|-------------|
|     |         | Journal Book-Page-Nbr    Ref Nbr    | Amount Dismissed | |

---

| 18 | 08/25/03 | ORDER GRANTING & DENYING IN PRT Motion to Stay action pending amended mtn to consolidate,see lg,fld 8-26-03,mld 8-27-03 pending final outcome of appeal & pending consideration by federal cour t, FURTHER ORDERED that the instant action is stayed pending the final outcome o f the appeal of LT51649-01 before the dc court of appeals | 0.00 | 0.00 |

ENTRY BY: J/Burgess
TDMS TYPE: MOT
TDMS EVENT: 9201mot+

CREATED BY/ON: #47F Newell, 08-08-2003
LAST MODIFIED BY/ON: #485 Cox, Kin
08-27-2003

| 19 | 08/21/03 | response to pltf's mot to stay action pending amended mot to consolidate pending consideration by federal court | 0.00 | 0.00 |

ENTRY BY: sharma
TDMS TYPE: DOC
TDMS EVENT: 0000res*

CREATED BY/ON: #47E Smith, N 08-22-2003
LAST MODIFIED BY/ON: #47E Smith, N
08-22-2003

| 20 | 08/12/03 | (rst) PRE-TRIAL conference @ 8:30am
NSDATE: 20030910pt cnx
LSDATE: 20030519pt cnx | 0.00 | 0.00 |

TDMS TYPE: EVT
TDMS EVENT: 0103b2F

CREATED BY/ON: #414 Weaver, 07-09-2003
LAST MODIFIED BY/ON: #414 Weaver,
07-31-2003

| 21 | 08/11/03 | ORDERED that appeal #03-CV-587 is dismissed for lack of jurisdiction as having been taken from a non-final order..., seelg, and as duplicative of appeal #03-CV-556. It is FURTHER ORDERED that appe al #03-CV-588 is dismissed for having been taken from a non-final and non-appeal able order | 0.00 | 0.00 |

ENTRY BY: (clerk)
TDMS TYPE: DOC
TDMS EVENT: 1133ord+

CREATED BY/ON: #465 Jones, G 11-25-2003
LAST MODIFIED BY/ON: #465 Jones, G
11-25-2003

Date: 05/04/2007  10:02:45        Docket Sheet        Page: 5
Case 1:06-cv-00037-RBW    Document 42-5    Filed 05/14/2007    Page 6 of 30
CRTR5925                          Summary

2001 CA 005488 B    BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------|-------------------|-------------|
| 22 | 08/07/03 | Motion to Stay action pending amended motion to consolidate, pending final outcome of appeal, and pending consideration, SEE LG by Federal Court<br><br>ENTRY BY: Burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 9201mot+<br><br>CREATED BY/ON: #47F Newell, 08-08-2003<br>LAST MODIFIED BY/ON: #47F Newell, 08-08-2003 | 0.00 | 0.00 |
| 23 | 07/31/03 | Continued to 20030910pt @ 9:30am from 20030812pt per transmittal<br>LSDATE: 20030812pt cnx<br><br>TDMS TYPE: SCX<br>TDMS EVENT: 0200cnx<br><br>CREATED BY/ON: #414 Weaver, 07-31-2003<br>LAST MODIFIED BY/ON: #414 Weaver, 07-31-2003 | 0.00 | 0.00 |
| 24 | 07/19/03 | Motion to alter or AMEND judgment<br><br>ENTRY BY: Burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 9201mot*<br><br>CREATED BY/ON: #465 Jones, G 07-22-2003<br>LAST MODIFIED BY/ON: #465 Jones, G 07-22-2003 | 0.00 | 0.00 |
| 25 | 07/09/03 | Continued to 20030812pt @ 8:30am from 20030519pt<br>LSDATE: 20030519pt cnx<br><br>TDMS TYPE: SCX<br>TDMS EVENT: 0200cnx<br><br>CREATED BY/ON: #414 Weaver, 07-09-2003<br>LAST MODIFIED BY/ON: #414 Weaver, 07-09-2003 | 0.00 | 0.00 |
| 26 | 07/08/03 | (ORDER DENYING) Mot for an extension of filing mot to compel, fld 030709, mld 030710<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 9203mop*<br><br>CREATED BY/ON: #477 Hartfiel 06-18-2003<br>LAST MODIFIED BY/ON: #465 Jones, G 07-10-2003 | 0.00 | 0.00 |

2001 CA 005488 B    BURNETT, JOYCE  Vs. SHARMA, AMAR et al

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 27 | 06/23/03 | (opp) Mot for an extension of filing mot<br>to compel | 0.00 | 0.00 |
| | | ENTRY BY: Sharma<br>TDMS TYPE: MOT<br>TDMS EVENT: 9203mop* | | |
| | | CREATED BY/ON: #445 Terry, P 06-24-2003<br>LAST MODIFIED BY/ON: #445 Terry, P<br>06-24-2003 | | |
| 28 | 06/16/03 | Motion for an extension for filing mot to<br>compel | 0.00 | 0.00 |
| | | ENTRY BY: Burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 9203mot* | | |
| | | CREATED BY/ON: #477 Hartfiel 06-18-2003<br>LAST MODIFIED BY/ON: #477 Hartfiel<br>06-20-2003 | | |
| 29 | 05/28/03 | Notice of Appeal mailed to interested<br>parties | 0.00 | 0.00 |
| | | ENTRY BY: clerk<br>TDMS TYPE: DOC<br>TDMS EVENT: 9107not* | | |
| | | CREATED BY/ON: #4AR Richards 05-29-2003<br>LAST MODIFIED BY/ON: #4AR Richards<br>05-29-2003 | | |
| 30 | 05/28/03 | Notice of Appeal mailed to interested<br>parties | 0.00 | 0.00 |
| | | ENTRY BY: clerk<br>TDMS TYPE: DOC<br>TDMS EVENT: 9107not* | | |
| | | CREATED BY/ON: #4AR Richards 05-28-2003<br>LAST MODIFIED BY/ON: #4AR Richards<br>05-28-2003 | | |
| 31 | 05/23/03 | Notice of appeal filed by Joyce Burnett<br>from order entered May 15,2003 | 0.00 | 0.00 |
| | | ENTRY BY: Burnett<br>TDMS TYPE: DOC<br>TDMS EVENT: 2214by<br>TDMS FLAG: s* | | |
| | | CREATED BY/ON: #4AR Richards 05-29-2003<br>LAST MODIFIED BY/ON: #4AR Richards<br>05-29-2003 | | |

Date: 05/04/2007 10:02:45          Docket Sheet              Page: 7
                                    Summary              Case 1:06-cv-00037-RBW   Document 42-5   Filed 05/14/2007   Page 8 of 30
CRTR5925

2001 CA 005488 B     BURNETT, JOYCE . Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-------------------------------------------------------------------------|----------------------------------|-------------|
| 32 | 05/23/03 | Notice of appeal filed by Joyce Burnett<br>from order entered May 19,2003<br><br>ENTRY BY: Burnett<br>TDMS TYPE: DOC<br>TDMS EVENT: 2214by<br>TDMS FLAG: s*<br><br>CREATED BY/ON: #4AR Richards 05-28-2003<br>LAST MODIFIED BY/ON: #4AR Richards<br>05-28-2003 | 0.00 | 0.00 |
| 33 | 05/19/03 | defts response to pltf's mtn for leave of<br>court to file mtn for stay & extension of<br>time<br><br>ENTRY BY: sharma<br>TDMS TYPE: DOC<br>TDMS EVENT: 0000def*<br><br>CREATED BY/ON: #485 Cox, Kin 05-20-2003<br>LAST MODIFIED BY/ON: #485 Cox, Kin<br>05-20-2003 | 0.00 | 0.00 |
| 34 | 05/19/03 | ORDER DENYING mot for leave of court to<br>file mot for stay and for extension, See<br>Lg., Fld 030520, Mld 030520<br>of time<br>ORDERED, that the aforesaid Motion be & is<br>hereby DENIED for lack of medica<br>l documentation regrding the need for a<br>90-day stay<br>FURTHER ORDERED, that pltf, June 16 shall<br>file the motion to compel discove<br>ry<br>FURTHER ORDERED, that the court will<br>establish a further schedule after dis<br>posing of the motion to compel<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 9203mot+<br><br>CREATED BY/ON: #47E Smith, N 05-07-2003<br>LAST MODIFIED BY/ON: #486 Colaire,<br>05-20-2003 | 0.00 | 0.00 |
| 35 | 05/19/03 | (rst) PRE-TRIAL conference @ 4:30pm<br>NSDATE: 20030812pt cnx<br>LSDATE: 20030211pt cnx<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0103b2F<br><br>CREATED BY/ON: #414 Weaver, 02-05-2003<br>LAST MODIFIED BY/ON: #414 Weaver,<br>07-09-2003 | 0.00 | 0.00 |

Date: 05/04/2007  10:02:45          Docket Sheet                Page: 8
                            Case 1:06-cv-00037-RBW   Document 42-5   Filed 05/14/2007   Page 9 of 30
CRTR5925                              Summary

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 36 | 05/14/03 | Defendant's Amended Submissions to joint<br>pretrial statement<br><br>ENTRY BY: Sharma<br>TDMS TYPE: DOC<br>TDMS EVENT: 1134pre<br><br>CREATED BY/ON: #468 Vaughn, 05-15-2003<br>LAST MODIFIED BY/ON: #468 Vaughn,<br>05-15-2003 | 0.00 | 0.00 |
| 37 | 05/13/03 | ORDER DENYING MOTION to consolidate action<br>involving real property,FLD 5-14-03,mld<br>5-15-03<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 1059mop<br><br>CREATED BY/ON: #477 Hartfiel 12-13-2002<br>LAST MODIFIED BY/ON: #485 Cox, Kin<br>05-15-2003 | 0.00 | 0.00 |
| 38 | 05/06/03 | mot for leave of court to file mot for<br>stay and to EXTEND time to of time<br><br>ENTRY BY: burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 9203mot*<br><br>CREATED BY/ON: #47E Smith, N 05-07-2003<br>LAST MODIFIED BY/ON: #47E Smith, N<br>05-07-2003 | 0.00 | 0.00 |
| 39 | 04/27/03 | STAY<br><br>TDMS TYPE: JSD<br>TDMS EVENT: 1442sta<br>TDMS FLAG: sp<br><br>CREATED BY/ON: #4AU Russell, 01-29-2003<br>LAST MODIFIED BY/ON: #4AU Russell,<br>01-29-2003 | 0.00 | 0.00 |
| 40 | 04/11/03 | ORDER RE: Pltf's Motion to Consolidate and<br>Deft's Opposition, seelg, fld 030415, mld<br>030416<br>ORDERED that Pltf may reply to Deft's<br>opposition to her motion for consol<br>idation by May 9, 2003<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: DOC<br>TDMS EVENT: 1133ord+<br><br>CREATED BY/ON: #465 Jones, G 04-16-2003<br>LAST MODIFIED BY/ON: #465 Jones, G<br>04-16-2003 | 0.00 | 0.00 |

Date: 05/04/2007  10:02:45          Docket Sheet                        Page: 9
                          Case 1:06-cv-00037-RBW   Document 42-5   Filed 05/14/2007   Page 10 of 30
CRTR5925                            Summary

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-------------------------------------------|---------------------|-------------|
| 41 | 02/13/03 | Praecipe re: Deft's lack of opposition to pltf's motion for a ninety day stay & continuance<br><br>ENTRY BY: Burnett<br>TDMS TYPE: DOC<br>TDMS EVENT: 9104pra*<br><br>CREATED BY/ON: #486 Colaire, 02-14-2003<br>LAST MODIFIED BY/ON: #486 Colaire,<br>02-14-2003 | 0.00 | 0.00 |
| 42 | 02/11/03 | (rst) PRE-TRIAL conference @ 8:30am<br>NSDATE: 20030519pt cnx<br>LSDATE: 20021213pt cnt<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0103b2F<br><br>CREATED BY/ON: #414 Weaver, 12-13-2002<br>LAST MODIFIED BY/ON: #414 Weaver,<br>02-05-2003 | 0.00 | 0.00 |
| 43 | 02/05/03 | Continued to 20030519pt @ 4:30pm from 20030211pt per transmittal<br>LSDATE: 20030211pt cnx<br><br>TDMS TYPE: SCX<br>TDMS EVENT: 0200cnx<br><br>CREATED BY/ON: #414 Weaver, 02-05-2003<br>LAST MODIFIED BY/ON: #414 Weaver,<br>02-05-2003 | 0.00 | 0.00 |
| 44 | 01/27/03 | STAY<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: JSD<br>TDMS EVENT: 1442sta<br><br>CREATED BY/ON: #4AU Russell, 01-29-2003<br>LAST MODIFIED BY/ON: #4AU Russell,<br>01-29-2003 | 0.00 | 0.00 |
| 45 | 01/27/03 | ORDER GRANTING Motion for 90 day Stay and Continuance See Lg FLD 1-28-03,MLD 1-29-03 ORDERED:That the pretrial conference in this matter and hereby is continue d to adate to be set by the clerks office after 5-11-03<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 9103mop+<br><br>CREATED BY/ON: #47F Newell, 01-17-2003<br>LAST MODIFIED BY/ON: #477 Hartfiel<br>01-29-2003 | 0.00 | 0.00 |

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------------|---------------------------------|-------------|
| 46 | 01/24/03 | (opp) Motion for 90 day Stay and<br>Continuance | 0.00 | 0.00 |
|    |          | ENTRY BY: Sharma<br>TDMS TYPE: MOT<br>TDMS EVENT: 9103mop* | | |
|    |          | CREATED BY/ON: #468 Vaughn, 01-27-2003<br>LAST MODIFIED BY/ON: #468 Vaughn,<br>01-27-2003 | | |
| 47 | 01/17/03 | Motion for 90 day Stay and Continuance | 0.00 | 0.00 |
|    |          | ENTRY BY: Burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 9103mot* | | |
|    |          | CREATED BY/ON: #47F Newell, 01-17-2003<br>LAST MODIFIED BY/ON: #47F Newell,<br>01-17-2003 | | |
| 48 | 12/19/02 | (opp) MOTION to consolidate action<br>involving real property | 0.00 | 0.00 |
|    |          | ENTRY BY: Sharma<br>TDMS TYPE: MOT<br>TDMS EVENT: 1059mop | | |
|    |          | CREATED BY/ON: #47F Newell, 12-20-2002<br>LAST MODIFIED BY/ON: #47F Newell,<br>12-20-2002 | | |
| 49 | 12/13/02 | Pretrial conf is set for 2/11/03 @ 8:30 am<br>(jkt entry) | 0.00 | 0.00 |
|    |          | ENTRY BY: J/Burgess<br>TDMS TYPE: DOC<br>TDMS EVENT: 9137pre* | | |
|    |          | CREATED BY/ON: #47E Smith, N 02-10-2003<br>LAST MODIFIED BY/ON: #47E Smith, N<br>02-10-2003 | | |
| 50 | 12/13/02 | Continued to 20030211pt @ 8:30am from<br>20021213pt - Per transmittal form<br>LSDATE: 20021213pt cnt | 0.00 | 0.00 |
|    |          | TDMS TYPE: SCX<br>TDMS EVENT: 0218cnt | | |
|    |          | CREATED BY/ON: #414 Weaver, 12-13-2002<br>LAST MODIFIED BY/ON: #414 Weaver,<br>12-13-2002 | | |

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 51 | 12/13/02 | (ORDER DENYING) Motion for civil contempt action involving real property, fld 12/13/02, mailed 12/13/02<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 9103mot*<br><br>CREATED BY/ON: #486 Colaire, 12-02-2002<br>LAST MODIFIED BY/ON: #468 Vaughn,<br>12-13-2002 | 0.00 | 0.00 |
| 52 | 12/13/02 | (rst) PRE-TRIAL conference @ 8:30am<br>NSDATE: 20030211pt cnt<br>LSDATE: 20021030pt cnt<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0103b2F<br><br>CREATED BY/ON: #414 Weaver, 10-25-2002<br>LAST MODIFIED BY/ON: #414 Weaver,<br>12-13-2002 | 0.00 | 0.00 |
| 53 | 12/12/02 | ORDERED, that plaintiff Joyce Burnett shall be allowed to review the copies of the tax, seelg, fld 12/13/02, mailed 12/13/02<br>returns in the office of defendant's counsel at a mutually convenient time and place, and it is further ORDERED, that defendant shall be permitted to redact his social security nu mber from said tax returns; and it is further ORDERED, that the plaintiff shall be entitled to take notes relative to the tax returns, but shall not be entitled to a copy thereof prior to trial; and it is further ORDERED, that copies of said tax returns may be listed by plainitff in her exhibit summary form, and said tax returns shall be brought to trial by defendan t and made available for use at trial subject to rulings by the Court as to admi ssibility and relevance; and is ti further ORDERED, that plaintiff shall not divulge the contents of said tax returns to any person for any purpose other than at the trial of this matter<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: DOC<br>TDMS EVENT: 1133ord+<br><br>CREATED BY/ON: #468 Vaughn, 12-13-2002<br>LAST MODIFIED BY/ON: #468 Vaughn,<br>12-13-2002 | 0.00 | 0.00 |

Date: 05/04/2007  10:02:45          Docket Sheet                    Page: 12
Case 1:06-cv-00037-RBW    Document 42-5    Filed 05/14/2007    Page 13 of 30
CRTR5925                            Summary

2001 CA 005488 B    BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|--------------------------------------|------------------|-------------|
| 54 | 12/11/02 | MOTION to consolidate action involving real property<br><br>ENTRY BY: Burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 1059mot<br><br>CREATED BY/ON: #477 Hartfiel 12-13-2002<br>LAST MODIFIED BY/ON: #477 Hartfiel<br>12-13-2002 | 0.00 | 0.00 |
| 55 | 12/09/02 | PRAECIPE requesting the Clerk of Court to accept the attached errata sheet in relation to Deft's submissions to Joint, SEE LG<br>Pretrial Statement<br><br>ENTRY BY: Burnett<br>TDMS TYPE: DOC<br>TDMS EVENT: 9104pra+<br><br>CREATED BY/ON: #47F Newell, 12-11-2002<br>LAST MODIFIED BY/ON: #47F Newell,<br>12-11-2002 | 0.00 | 0.00 |
| 56 | 12/09/02 | Points and authorities in opp to pltf's mot for civil contempt<br><br>ENTRY BY: Sharma<br>TDMS TYPE: DOC<br>TDMS EVENT: 0000poi*<br><br>CREATED BY/ON: #47E Smith, N 12-10-2002<br>LAST MODIFIED BY/ON: #47E Smith, N<br>12-10-2002 | 0.00 | 0.00 |
| 57 | 12/06/02 | defts submissions to joint PRETRIAL statement<br><br>ENTRY BY: sharma<br>TDMS TYPE: DOC<br>TDMS EVENT: 1134def<br><br>CREATED BY/ON: #485 Cox, Kin 12-09-2002<br>LAST MODIFIED BY/ON: #485 Cox, Kin<br>12-09-2002 | 0.00 | 0.00 |
| 58 | 12/06/02 | PRETRIAL statement<br><br>ENTRY BY: burnett<br>TDMS TYPE: DOC<br>TDMS EVENT: 1134pre<br><br>CREATED BY/ON: #485 Cox, Kin 12-09-2002<br>LAST MODIFIED BY/ON: #485 Cox, Kin<br>12-09-2002 | 0.00 | 0.00 |

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------------------|----------------------------------|-------------|

---

| 59 | 11/29/02 | Motion for civil contempt action involving<br>real property | 0.00 | 0.00 |

> ENTRY BY: Burnett
> TDMS TYPE: MOT
> TDMS EVENT: 9103mot*
>
> CREATED BY/ON: #486 Colaire, 12-02-2002
> LAST MODIFIED BY/ON: #486 Colaire,
> 12-02-2002

| 60 | 10/30/02 | (ORDER GRANTING & DENYING IN PART) MOTION<br>for attorneys fees and costs, SEE LG. FLD<br>10/31/02 MLD 10/31/02<br>FURTHER ORDERED that the Deft shall pay<br>the Pltf's costs in bringing the<br>motion to compel, upon a showing of such<br>costs by the Pltf, w/ 15 days from serv<br>ice for the Deft to respond | 0.00 | 0.00 |

> ENTRY BY: J/Burgess
> TDMS TYPE: MOT
> TDMS EVENT: 1066mop+
>
> CREATED BY/ON: #465 Jones, G 10-07-2002
> LAST MODIFIED BY/ON: #47F Newell,
> 10-31-2002

| 61 | 10/30/02 | (rst) PRE-TRIAL conference @ 8:30am<br>NSDATE: 20021213pt cnt | 0.00 | 0.00 |

> TDMS TYPE: EVT
> TDMS EVENT: 0103b2F
>
> CREATED BY/ON: #G45 Head, Cl 07-23-2002
> LAST MODIFIED BY/ON: #414 Weaver,
> 10-25-2002

| 62 | 10/25/02 | Continued to 20021213pt @ 8:30am from<br>20021030pt - Per transmittal form per<br>transmittal<br>LSDATE: 20021030pt cnt | 0.00 | 0.00 |

> TDMS TYPE: SCX
> TDMS EVENT: 0218cnt
>
> CREATED BY/ON: #414 Weaver, 10-25-2002
> LAST MODIFIED BY/ON: #414 Weaver,
> 10-25-2002

| 63 | 10/15/02 | (opp) MOTION for attorneys fees and costs | 0.00 | 0.00 |

> ENTRY BY: Sharma
> TDMS TYPE: MOT
> TDMS EVENT: 1066mop
>
> CREATED BY/ON: #468 Vaughn, 10-17-2002
> LAST MODIFIED BY/ON: #468 Vaughn,
> 10-17-2002

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

---

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr     Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 64 | 10/04/02 | MOTION for attorneys fees and costs | 0.00 | 0.00 |
|    |         | ENTRY BY: Burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 1066mot | | |
|    |         | CREATED BY/ON: #465 Jones, G 10-07-2002<br>LAST MODIFIED BY/ON: #465 Jones, G<br>10-07-2002 | | |
| 65 | 10/04/02 | ORDER GRANTING Motion to continue pretrial conference (Consent) SEE LG FLD 10-8-02,MLD 10-8-02<br>ORDER:That the civil assignment office is directed to reschedule the pretrial herein for a date no sooner than 30 to 45 days subsequent to the original pretrial date hereof 10-30-02 | 0.00 | 0.00 |
|    |         | ENTRY BY: J/BURGESS<br>TDMS TYPE: MOT<br>TDMS EVENT: 9103mot+ | | |
|    |         | CREATED BY/ON: #486 Colaire, 10-03-2002<br>LAST MODIFIED BY/ON: #477 Hartfiel<br>10-09-2002 | | |
| 66 | 10/02/02 | Motion to continue pretrial conference (Consent) | 0.00 | 0.00 |
|    |         | ENTRY BY: Sharma<br>TDMS TYPE: MOT<br>TDMS EVENT: 9103mot* | | |
|    |         | CREATED BY/ON: #486 Colaire, 10-03-2002<br>LAST MODIFIED BY/ON: #486 Colaire,<br>10-03-2002 | | |
| 67 | 09/30/02 | PRAECIPE to enter appearance of Michael E. Brand as counsel for deft | 0.00 | 0.00 |
|    |         | ENTRY BY: Sharma<br>TDMS TYPE: DOC<br>TDMS EVENT: 1120of | | |
|    |         | CREATED BY/ON: #465 Jones, G 10-01-2002<br>LAST MODIFIED BY/ON: #465 Jones, G<br>10-01-2002 | | |

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 68 | 09/27/02 | (ORDER DENYING) MOTION for sanctions against deft for failure to make discovery, seelg, fld 020927<br>ORDERED:  2) Deft shall produce the documents in response to requests 2 and 3 by Nov. 1.  Deft shall produce the advertisement requested by request 1 by Nov. 1, or, in lieu of that, submit an affidavit of a reasonable search for it. Deft shall provide his tax returns in response to request 5 by Nov. 1, subject to a protective order to be negotiated by the parties<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 1025mot+<br><br>CREATED BY/ON: #477 Hartfiel 07-11-2002<br>LAST MODIFIED BY/ON: #465 Jones, G<br>09-30-2002 | 0.00 | 0.00 |
| 69 | 08/29/02 | ANSWER to complaint by Amar Nath Sharma<br><br>ENTRY BY: Sharma<br>TDMS TYPE: CAC<br>TDMS EVENT: 1151ans<br><br>CREATED BY/ON: #477 Hartfiel 08-30-2002<br>LAST MODIFIED BY/ON: #477 Hartfiel<br>08-30-2002 | 0.00 | 0.00 |
| 70 | 08/09/02 | (ORDER GRANTING) Motion for leave of Court action involving real property, fld 8/14/02, mailed 8/15/02<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 9103mot*<br><br>CREATED BY/ON: #468 Vaughn, 07-09-2002<br>LAST MODIFIED BY/ON: #468 Vaughn,<br>08-15-2002 | 0.00 | 0.00 |
| 71 | 07/26/02 | ORDER GRANTING Motion to EXTEND time for response,see lg,fld 7-30-02,mld 7-31-02 Ordered that deft may respond to the mtn for sanctions by 8-21-02<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 9203mop+<br><br>CREATED BY/ON: #477 Hartfiel 07-19-2002<br>LAST MODIFIED BY/ON: #485 Cox, Kin<br>07-31-2002 | 0.00 | 0.00 |

2001 CA 005488 B    BURNETT, JOYCE Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------------|-------------------------------|-------------|
| 72 | 07/23/02 | Set hearing on pre-trial calendar for<br>20021030pt @ 8:30am after mediation<br><br>TDMS TYPE: SCH<br>TDMS EVENT: 0103b2F<br><br>CREATED BY/ON: #G45 Head, Cl 07-23-2002<br>LAST MODIFIED BY/ON: #G45 Head, Cl<br>07-23-2002 | 0.00 | 0.00 |
| 73 | 07/23/02 | MEDIATION conference @11:00am<br>CSSDUE: 20020613<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0118bsw1<br>TDMS FLAG: sw<br><br>CREATED BY/ON: #T99 Young, C 05-03-2002<br>LAST MODIFIED BY/ON: #T99 Young, C<br>05-03-2002 | 0.00 | 0.00 |
| 74 | 07/22/02 | (opp) Motion to EXTEND time for response<br><br>ENTRY BY: Burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 9203mop*<br><br>CREATED BY/ON: #486 Colaire, 07-23-2002<br>LAST MODIFIED BY/ON: #486 Colaire,<br>07-23-2002 | 0.00 | 0.00 |
| 75 | 07/18/02 | Motion to EXTEND time for reponse<br><br>ENTRY BY: Sharma<br>TDMS TYPE: MOT<br>TDMS EVENT: 9203mot*<br><br>CREATED BY/ON: #477 Hartfiel 07-19-2002<br>LAST MODIFIED BY/ON: #477 Hartfiel<br>07-19-2002 | 0.00 | 0.00 |
| 76 | 07/10/02 | MOTION for sanctions against deft for<br>failure to make discovery<br><br>ENTRY BY: Burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 1025mot<br><br>CREATED BY/ON: #477 Hartfiel 07-11-2002<br>LAST MODIFIED BY/ON: #477 Hartfiel<br>07-11-2002 | 0.00 | 0.00 |

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 77 | 07/08/02 | Motion for leave of Court action involving<br>real property<br><br>ENTRY BY: Burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 9103mot*<br><br>CREATED BY/ON: #468 Vaughn, 07-09-2002<br>LAST MODIFIED BY/ON: #468 Vaughn,<br>07-09-2002 | 0.00 | 0.00 |
| 78 | 07/04/02 | MEDIATION within 30 days<br>following.........................<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0325med<br>TDMS FLAG: sr<br><br>CREATED BY/ON: #DM1 DP (batc 01-09-2002<br>LAST MODIFIED BY/ON: #DM1 DP (batc<br>01-09-2002 | 0.00 | 0.00 |
| 79 | 07/01/02 | (ORDER DENIED WITHOUT PREJUDICE) Second<br>Motion to compel responses to discovery<br>action involving, seelg, fld 7/1/02,<br>mailed 7/2/02<br>real property<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 9205mop+<br><br>CREATED BY/ON: #47E Smith, N 05-21-2002<br>LAST MODIFIED BY/ON: #468 Vaughn,<br>07-02-2002 | 0.00 | 0.00 |
| 80 | 06/19/02 | Deadline for ruling on DISPOSITIVE<br>motions.................<br><br>TDMS TYPE: EVS<br>TDMS EVENT: 0332rul<br><br>CREATED BY/ON: #473 Monroe, 01-04-2002<br>LAST MODIFIED BY/ON: #EDD Hariss,<br>05-02-1988 | 0.00 | 0.00 |
| 81 | 06/18/02 | (MEMORANDUM & ORDER DENYING W/O PREJUDICE)<br>MOTION for sanctions and to compel<br>discovery, fld 020618, mld 020619<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 1025mop<br><br>CREATED BY/ON: #465 Jones, G 05-31-2002<br>LAST MODIFIED BY/ON: #465 Jones, G<br>06-19-2002 | 0.00 | 0.00 |

2001 CA 005488 B    BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------------|-------------------------------|-------------|
| 82 | 06/14/02 | (opp) Motion to COMPEL responses to discovery action involving real property (second) | 0.00 | 0.00 |
| | | ENTRY BY: sharma<br>TDMS TYPE: MOT<br>TDMS EVENT: 9205mop* | | |
| | | CREATED BY/ON: #485 Cox, Kin 06-17-2002<br>LAST MODIFIED BY/ON: #485 Cox, Kin<br>06-17-2002 | | |
| 83 | 06/07/02 | (opp) MOTION for sanctions and to compel discovery | 0.00 | 0.00 |
| | | ENTRY BY: Burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 1025mop | | |
| | | CREATED BY/ON: #47F Newell, 06-10-2002<br>LAST MODIFIED BY/ON: #47F Newell,<br>06-10-2002 | | |
| 84 | 06/03/02 | ORDER DENYING WITHOUT PREJUDICE Motion to AMEND action involving real property(third), FLD 6/3/02, MLD 6/5/02 | 0.00 | 0.00 |
| | | ENTRY BY: J/BURGESS<br>TDMS TYPE: MOT<br>TDMS EVENT: 9201mop* | | |
| | | CREATED BY/ON: #47E Smith, N 05-21-2002<br>LAST MODIFIED BY/ON: #47E Smith, N<br>06-05-2002 | | |
| 85 | 05/30/02 | (opp) Motion to AMEND action involving real property (third) | 0.00 | 0.00 |
| | | ENTRY BY: Sharma A<br>TDMS TYPE: MOT<br>TDMS EVENT: 9201mop* | | |
| | | CREATED BY/ON: #465 Jones, G 05-31-2002<br>LAST MODIFIED BY/ON: #465 Jones, G<br>05-31-2002 | | |
| 86 | 05/30/02 | MOTION for sanctions and to compel discovery | 0.00 | 0.00 |
| | | ENTRY BY: Sharma A<br>TDMS TYPE: MOT<br>TDMS EVENT: 1025mot | | |
| | | CREATED BY/ON: #465 Jones, G 05-31-2002<br>LAST MODIFIED BY/ON: #465 Jones, G<br>05-31-2002 | | |

Date: 05/04/2007  10:02:45          Docket Sheet                    Page: 19
                             Case 1:06-cv-00037-RBW   Document 42-5   Filed 05/14/2007   Page 20 of 30
CRTR5925                            Summary

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|

---

**87**  05/19/02  Deadline for filing
                  MOTIONS.................................          0.00          0.00

                  TDMS TYPE: EVS
                  TDMS EVENT: 0323mot

                  CREATED BY/ON: #473 Monroe, 01-04-2002
                  LAST MODIFIED BY/ON: #EDD Hariss,
                  05-02-1988

**88**  05/18/02  Motion to AMEND action involving real            0.00          0.00
                  property (third)

                  ENTRY BY: Burnett
                  TDMS TYPE: MOT
                  TDMS EVENT: 9201mot*

                  CREATED BY/ON: #47E Smith, N 05-21-2002
                  LAST MODIFIED BY/ON: #47E Smith, N
                  05-21-2002

**89**  05/18/02  Motion to COMPEL responses to discovery          0.00          0.00
                  action involving real property (second)

                  ENTRY BY: Burnett
                  TDMS TYPE: MOT
                  TDMS EVENT: 9205mot*

                  CREATED BY/ON: #47E Smith, N 05-21-2002
                  LAST MODIFIED BY/ON: #47E Smith, N
                  05-21-2002

**90**  05/14/02  Defendant's response to plaintiff's motion       0.00          0.00
                  to compel discovery

                  ENTRY BY: Sharma
                  TDMS TYPE: DOC
                  TDMS EVENT: 0000def*

                  CREATED BY/ON: #468 Vaughn, 05-15-2002
                  LAST MODIFIED BY/ON: #468 Vaughn,
                  05-15-2002

**91**  05/07/02  ORDER GRANTING Motion to COMPEL responses        0.00          0.00
                  to discovery, See Lg., Fld 020508, Mld
                  020509
                  The deft shall file responses by June 8,
                  2002

                  ENTRY BY: J/Burgess
                  TDMS TYPE: MOT
                  TDMS EVENT: 9205mot+

                  CREATED BY/ON: #47E Smith, N 03-22-2002
                  LAST MODIFIED BY/ON: #486 Colaire,
                  05-09-2002

Date: 05/04/2007  10:02:45          Docket Sheet                    Page: 20
Case 1:06-cv-00037-RBW   Document 42-5   Filed 05/14/2007   Page 21 of 30
CRTR5925                              Summary

2001 CA 005488 B    BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-------------------------------------------------------------|------------------------------|-------------|
| 92 | 05/07/02 | ORDER GRANTING Motion to EXTEND the deadline for discovery by 2 weeks, See Lg., Fld 020508, Mld 020509<br>ORDERED, that Discovery is extended to June 20, 2002<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 9203mot+<br><br>CREATED BY/ON: #465 Jones, G 03-05-2002<br>LAST MODIFIED BY/ON: #486 Colaire, 05-09-2002 | 0.00 | 0.00 |
| 93 | 05/04/02 | All DISCOVERY CLOSED.....................................<br>...<br><br>TDMS TYPE: EVS<br>TDMS EVENT: 0322dis<br><br>CREATED BY/ON: #473 Monroe, 01-04-2002<br>LAST MODIFIED BY/ON: #EDD Hariss, 05-02-1988 | 0.00 | 0.00 |
| 94 | 05/03/02 | Set mediation conference for 20020723sw @11:00am (Per sr list)<br><br>TDMS TYPE: SCH<br>TDMS EVENT: 0118bsw1<br><br>CREATED BY/ON: #T99 Young, C 05-03-2002<br>LAST MODIFIED BY/ON: #T99 Young, C 05-03-2002 | 0.00 | 0.00 |
| 95 | 04/08/02 | Rule 26(b)(4) statement RECEIVED<br><br>ENTRY BY: sharma<br>TDMS TYPE: DOC<br>TDMS EVENT: 1458rul*<br><br>CREATED BY/ON: #47E Smith, N 04-10-2002<br>LAST MODIFIED BY/ON: #47E Smith, N 04-10-2002 | 0.00 | 0.00 |
| 96 | 04/08/02 | Rule 26(b)(4) statement RECEIVED<br><br>ENTRY BY: sharma<br>TDMS TYPE: DOC<br>TDMS EVENT: 1458rul*<br><br>CREATED BY/ON: #47E Smith, N 04-10-2002<br>LAST MODIFIED BY/ON: #47E Smith, N 04-10-2002 | 0.00 | 0.00 |

Date: 05/04/2007   10:02:45                    Docket Sheet                          Page: 21
                                  Case 1:06-cv-00037-RBW    Document 42-5    Filed 05/14/2007    Page 22 of 30
CRTR5925                                         Summary

2001 CA 005488 B    BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 97 | 04/08/02 | ANSWER to complaint By Amar Nath Sharma<br><br>ENTRY BY: Sharma<br>TDMS TYPE: CAC<br>TDMS EVENT: 1151ans<br><br>CREATED BY/ON: #47E Smith, N 04-10-2002<br>LAST MODIFIED BY/ON: #47E Smith, N<br>04-10-2002 | 0.00 | 0.00 |
| 98 | 04/08/02 | ANSWER to complaint By Joyce Burnett<br><br>ENTRY BY: Burnett<br>TDMS TYPE: CAC<br>TDMS EVENT: 1151ans<br><br>CREATED BY/ON: #47F Newell, 04-10-2002<br>LAST MODIFIED BY/ON: #47F Newell,<br>04-10-2002 | 0.00 | 0.00 |
| 99 | 04/04/02 | OPPONENT'S Rule 26(b) (4) statements<br>due.................<br><br>TDMS TYPE: EVS<br>TDMS EVENT: 0320opp<br><br>CREATED BY/ON: #473 Monroe, 01-04-2002<br>LAST MODIFIED BY/ON: #EDD Hariss,<br>05-02-1988 | 0.00 | 0.00 |
| 100 | 03/25/02 | ORDER DENYING W/O PREJUDICE Motion to<br>AMEND action involving real property,see<br>lg,fld 3-26-02,mld 3-27-02<br>For failure to copy with rules 12-I(d) and<br>12-I(e)<br><br>ENTRY BY: J/Burgess<br>TDMS TYPE: MOT<br>TDMS EVENT: 9201mot+<br><br>CREATED BY/ON: #477 Hartfiel 03-04-2002<br>LAST MODIFIED BY/ON: #485 Cox, Kin<br>03-27-2002 | 0.00 | 0.00 |
| 101 | 03/21/02 | Motion to COMPEL responses to discovery<br><br>ENTRY BY: burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 9205mot*<br><br>CREATED BY/ON: #47E Smith, N 03-22-2002<br>LAST MODIFIED BY/ON: #47E Smith, N<br>03-22-2002 | 0.00 | 0.00 |

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 102 | 03/04/02 | Motion to EXTEND the deadline for discovery by 2 weeks | 0.00 | 0.00 |

ENTRY BY: Burnett
TDMS TYPE: MOT
TDMS EVENT: 9203mot*

CREATED BY/ON: #465 Jones, G 03-05-2002
LAST MODIFIED BY/ON: #465 Jones, G
03-05-2002

| 103 | 03/04/02 | Deadline for DISCOVERY REQUESTS............................ | 0.00 | 0.00 |

TDMS TYPE: EVS
TDMS EVENT: 0301dis

CREATED BY/ON: #473 Monroe, 01-04-2002
LAST MODIFIED BY/ON: #EDD Hariss,
05-02-1988

| 104 | 03/04/02 | EXCHANGE lists of fact WITNESSES............................ | 0.00 | 0.00 |

TDMS TYPE: EVS
TDMS EVENT: 0318exc

CREATED BY/ON: #473 Monroe, 01-04-2002
LAST MODIFIED BY/ON: #EDD Hariss,
05-02-1988

| 105 | 03/04/02 | PROPONENT'S Rule 26(b) (4) statements due................... | 0.00 | 0.00 |

TDMS TYPE: EVS
TDMS EVENT: 0319pro

CREATED BY/ON: #473 Monroe, 01-04-2002
LAST MODIFIED BY/ON: #EDD Hariss,
05-02-1988

| 106 | 03/01/02 | Motion to AMEND action involving real property | 0.00 | 0.00 |

ENTRY BY: burnett
TDMS TYPE: MOT
TDMS EVENT: 9201mot*

CREATED BY/ON: #477 Hartfiel 03-04-2002
LAST MODIFIED BY/ON: #477 Hartfiel
03-04-2002

2001 CA 005488 B    BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|-----------------------------------------------------|-------------------|-------------|
| 107 | 02/09/02 | Pltf's response to deft's affirmative defenses action involving real property | 0.00 | 0.00 |

ENTRY BY: Burnett
TDMS TYPE: DOC
TDMS EVENT: 1128aff

CREATED BY/ON: #465 Jones, G 02-12-2002
LAST MODIFIED BY/ON: #465 Jones, G
02-12-2002

| 108 | 02/09/02 | ANSWER to counter claim By Joyce Burnett | 0.00 | 0.00 |

ENTRY BY: Burnett
TDMS TYPE: CAC
TDMS EVENT: 1156atc

CREATED BY/ON: #47E Smith, N 02-12-2002
LAST MODIFIED BY/ON: #47E Smith, N
02-12-2002

| 109 | 01/31/02 | ORDER DENYING mot request action involving real property (consent), See Lg., Fld 020131, Mld 020201 The Court hereby Denies the motion (See reasons in order on Consent motion action involving real property) | 0.00 | 0.00 |

ENTRY BY: J/Burgess
TDMS TYPE: MOT
TDMS EVENT: 9103mot+

CREATED BY/ON: #47E Smith, N 01-30-2002
LAST MODIFIED BY/ON: #486 Colaire,
02-01-2002

| 110 | 01/31/02 | ORDER DENYING Motion Action Involving Real Property (Consent), See Lg., Fld 020131, Mld 020201 The Court hereby Denies the Consent Motion action Involving Real Property, as the court does not see how the March 15 . . . exam will require altering the court's schedules. (SEE ORIGINAL) | 0.00 | 0.00 |

ENTRY BY: J/Burgess
TDMS TYPE: MOT
TDMS EVENT: 9103mop+

CREATED BY/ON: #477 Hartfiel 01-23-2002
LAST MODIFIED BY/ON: #486 Colaire,
02-01-2002

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 111 | 01/29/02 | mot request action involving real property<br>(consent) | 0.00 | 0.00 |

        ENTRY BY: burnett<br>
        TDMS TYPE: MOT<br>
        TDMS EVENT: 9103mot*

        CREATED BY/ON: #47E Smith, N 01-30-2002<br>
        LAST MODIFIED BY/ON: #47E Smith, N<br>
        01-30-2002

| 112 | 01/26/02 | (opp) Motion Action Involving Real<br>Property (Consent) | 0.00 | 0.00 |

        ENTRY BY: Sharma<br>
        TDMS TYPE: MOT<br>
        TDMS EVENT: 9103mop*

        CREATED BY/ON: #486 Colaire, 01-29-2002<br>
        LAST MODIFIED BY/ON: #486 Colaire,<br>
        01-29-2002

| 113 | 01/22/02 | Motion Action Involving Real Property<br>(Consent) | 0.00 | 0.00 |

        ENTRY BY: Burnett<br>
        TDMS TYPE: MOT<br>
        TDMS EVENT: 9103mot*

        CREATED BY/ON: #477 Hartfiel 01-23-2002<br>
        LAST MODIFIED BY/ON: #477 Hartfiel<br>
        01-23-2002

| 114 | 01/14/02 | COUNTER claim | 0.00 | 0.00 |

        ENTRY BY: Sharma<br>
        TDMS TYPE: CAC<br>
        TDMS EVENT: 1146nnc

        CREATED BY/ON: #468 Vaughn, 01-15-2002<br>
        LAST MODIFIED BY/ON: #468 Vaughn,<br>
        01-15-2002

| 115 | 01/14/02 | ANSWER to amended complaint By Amar Sharma | 0.00 | 0.00 |

        ENTRY BY: Sharma<br>
        TDMS TYPE: CAC<br>
        TDMS EVENT: 1152aac

        CREATED BY/ON: #486 Colaire, 01-15-2002<br>
        LAST MODIFIED BY/ON: #486 Colaire,<br>
        01-15-2002

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|-----------------------------------------------------------------------|-------------------------------|-------------|
| 116 | 01/14/02 | Affirmative Defenses to pltf's amended complaint for declaratory judgment, permanent relief, & damages, See Lg., action involving real property & demand for a reply | 0.00 | 0.00 |

ENTRY BY: Sharma
TDMS TYPE: DOC
TDMS EVENT: 0000def+

CREATED BY/ON: #486 Colaire, 01-15-2002
LAST MODIFIED BY/ON: #486 Colaire, 01-15-2002

| 117 | 01/04/02 | ORDER GRANTING Motion to AMEND action involving real property,fld 1-7-02 | 0.00 | 0.00 |

ENTRY BY: J/Burgess
TDMS TYPE: MOT
TDMS EVENT: 9201mot*

CREATED BY/ON: #47E Smith, N 12-19-2001
LAST MODIFIED BY/ON: #485 Cox, Kin 01-08-2002

| 118 | 01/04/02 | ORDER DENYING Mot for clerk entry of MOTION for default action involving real property,fld 1-7-02 | 0.00 | 0.00 |

ENTRY BY: J/Burgess
TDMS TYPE: MOT
TDMS EVENT: 1073mop

CREATED BY/ON: #47E Smith, N 12-06-2001
LAST MODIFIED BY/ON: #485 Cox, Kin 01-08-2002

| 119 | 01/04/02 | (ord) SCHEDULING conference @ 9:30am LSDATE: 20011123ss cnj | 0.00 | 0.00 |

TDMS TYPE: EVT
TDMS EVENT: 0298b2F-
TDMS FLAG: ss

CREATED BY/ON: #2CJ Wilson, 10-10-2001
LAST MODIFIED BY/ON: #473 Monroe, 01-08-2002

| 120 | 12/18/01 | Motion to AMEND action involving real property | 0.00 | 0.00 |

ENTRY BY: burnett
TDMS TYPE: MOT
TDMS EVENT: 9201mot*

CREATED BY/ON: #47E Smith, N 12-19-2001
LAST MODIFIED BY/ON: #47E Smith, N 12-19-2001

2001 CA 005488 B   BURNETT, JOYCE  Vs. SHARMA, AMAR et al

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------|---------------------------------|-------------|
| 121 | 12/17/01 | (opp) Mot for clerk entry of MOTION for default action involving real property<br><br>ENTRY BY: Sharma<br>TDMS TYPE: MOT<br>TDMS EVENT: 1073mop<br><br>CREATED BY/ON: #486 Colaire, 12-18-2001<br>LAST MODIFIED BY/ON: #486 Colaire,<br>12-18-2001 | 0.00 | 0.00 |
| 122 | 12/04/01 | Mot for clerk entry of MOTION for default action involving real property<br><br>ENTRY BY: Burnett<br>TDMS TYPE: MOT<br>TDMS EVENT: 1073mot<br><br>CREATED BY/ON: #47E Smith, N 12-06-2001<br>LAST MODIFIED BY/ON: #47E Smith, N<br>12-06-2001 | 0.00 | 0.00 |
| 123 | 11/27/01 | Default/default judgment denied - ANSWER FILED/APPEARANCE NOTED<br><br>ENTRY BY: (clerk-sb)<br>TDMS TYPE: REJ<br>TDMS EVENT: 1451z<br><br>CREATED BY/ON: #4AS Stevenso 11-28-2001<br>LAST MODIFIED BY/ON: #4AS Stevenso<br>11-28-2001 | 0.00 | 0.00 |
| 124 | 11/23/01 | (rst) SCHEDULING conference @ 9:30am<br>NSDATE: 20020104ss cnj<br>LSDATE: 20011026ss cnx<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0298b2F<br><br>CREATED BY/ON: #2CJ Wilson, 09-24-2001<br>LAST MODIFIED BY/ON: #2CJ Wilson,<br>10-10-2001 | 0.00 | 0.00 |
| 125 | 10/26/01 | (rst) Initial SCHEDULING conference @ 9:30am<br>NSDATE: 20011123ss cnx<br>FSDATE: 20011026ss<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0296b2F<br><br>CREATED BY/ON: #470 Jefferso 07-24-2001<br>LAST MODIFIED BY/ON: #2CJ Wilson,<br>09-24-2001 | 0.00 | 0.00 |

2001 CA 005488 B    BURNETT, JOYCE  Vs. SHARMA, AMAR et al

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|

126  10/15/01  ORDER GRANTING Motion to amend                     0.00              0.00
               complaint,see lg,fld 10-19-01,mld 10-23-01
               The pltf shall file a second amended
               complaint that states all fact
               ual allegations & claims

               ENTRY BY: J/Burgess
               TDMS TYPE: DOC
               TDMS EVENT: 1131ord+

               CREATED BY/ON: #485 Cox, Kin 10-23-2001
               LAST MODIFIED BY/ON: #485 Cox, Kin
               10-23-2001


127  10/10/01  Continued to 20020104ss @ 9:30am from             0.00              0.00
               20011123ss - Judge/Courtroom not available
               LSDATE: 20011123ss cnj

               TDMS TYPE: SCX
               TDMS EVENT: 0201cnj

               CREATED BY/ON: #2CJ Wilson, 10-10-2001
               LAST MODIFIED BY/ON: #2CJ Wilson,
               10-10-2001


128  09/27/01  ANSWER and counterclaim By Amar nath Sharma        0.00              0.00

               ENTRY BY: Sharma
               TDMS TYPE: CAC
               TDMS EVENT: 1148awc

               CREATED BY/ON: #47E Smith, N 10-01-2001
               LAST MODIFIED BY/ON: #47E Smith, N
               10-01-2001


129  09/24/01  Continued to 20011123ss @ 9:30am from             0.00              0.00
               20011026ss per t f
               LSDATE: 20011026ss cnx

               TDMS TYPE: SCX
               TDMS EVENT: 0200cnx

               CREATED BY/ON: #2CJ Wilson, 09-24-2001
               LAST MODIFIED BY/ON: #2CJ Wilson,
               09-24-2001


130  09/20/01  ORDER GRANTING Motion to EXTEND time for          0.00              0.00
               service,see lg,fld 9-21-01,mld 9-21-01
               Ordered that service shall be accomplished
               by 11-20-01. A scheduling
               conference shall be set for a date after
               11-20-01. The present date of 10-26-01
               canceled

               ENTRY BY: J/Burgess
               TDMS TYPE: MOT
               TDMS EVENT: 9203mot+

               CREATED BY/ON: #47E Smith, N 09-18-2001
               LAST MODIFIED BY/ON: #485 Cox, Kin
               09-24-2001

2001 CA 005488 B    BURNETT, JOYCE  Vs.  SHARMA, AMAR et al

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|

---

131  09/17/01  Certification of pltf's attempts to obtain          0.00              0.00
               deft's consent to mtn to amend

               ENTRY BY: Burnett
               TDMS TYPE: DOC
               TDMS EVENT: 0000cer*

               CREATED BY/ON: #465 Jones, G 09-19-2001
               LAST MODIFIED BY/ON: #465 Jones, G
               09-19-2001


132  09/15/01  Motion to EXTEND time for service                   0.00              0.00

               ENTRY BY: Burnett
               TDMS TYPE: MOT
               TDMS EVENT: 9203mot*

               CREATED BY/ON: #47E Smith, N 09-18-2001
               LAST MODIFIED BY/ON: #47E Smith, N
               09-18-2001


133  09/12/01  ORDER DENYING Motion to AMEND action                0.00              0.00
               invoving real property, Fld 010913, Mld
               010914

               ENTRY BY: J/Burgess
               TDMS TYPE: MOT
               TDMS EVENT: 9201mot*

               CREATED BY/ON: #47E Smith, N 09-10-2001
               LAST MODIFIED BY/ON: #486 Colaire,
               09-14-2001


134  09/07/01  Motion to AMEND action invoving real                0.00              0.00
               property

               ENTRY BY: Burnett
               TDMS TYPE: MOT
               TDMS EVENT: 9201mot*

               CREATED BY/ON: #47E Smith, N 09-10-2001
               LAST MODIFIED BY/ON: #47E Smith, N
               09-10-2001


135  08/30/01  ANSWER to first amended complaint                   0.00              0.00

               ENTRY BY: Sharma
               TDMS TYPE: CAC
               TDMS EVENT: 1152aac

               CREATED BY/ON: #465 Jones, G 08-31-2001
               LAST MODIFIED BY/ON: #465 Jones, G
               08-31-2001

Case 1:06-cv-00037-RBW    Document 42-5    Filed 05/14/2007    Page 30 of 30

2001 CA 005488 B    BURNETT, JOYCE  Vs. SHARMA, AMAR et al

---

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------|-------------------------------|-------------|
| 136 | 08/03/01 | AMENDED complaint | 0.00 | 0.00 |
|     |          | ENTRY BY: Burnett TDMS TYPE: CAC TDMS EVENT: 1142nac |  |  |
|     |          | CREATED BY/ON: #465 Jones, G 08-09-2001 LAST MODIFIED BY/ON: #465 Jones, G 08-09-2001 |  |  |
| 137 | 07/24/01 | Complaint for Declaratory judgment | 0.00 | 0.00 |
|     |          | TDMS TYPE: CAC TDMS EVENT: 9101D16 |  |  |
|     |          | CREATED BY/ON: #470 Jefferso 07-24-2001 LAST MODIFIED BY/ON: #470 Jefferso 07-24-2001 |  |  |

---

|  | Totals By:  Cost | 0.00 | 0.00 |
|--|------------------|------|------|
|  | Information | 0.00 | 0.00 |

*** End of Report ***