**EXHIBIT D**



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| Joyce Burnett </br>     Plaintiff </br> </br> v. </br> </br> Amar Sharma </br>     Defendant | CIVIL ACTION No. 01-0005488 </br> Calendar #6 </br> The Honorable Judge Franklin A. Burgess, Jr. </br> Trial: 2003 |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

1. I entered a valid sublease with the master tenant at 4801 41st Street NW Washington, D.C. 20016, a property owned by the defendant.

2. The defendant agreed to sell me the premises and I made him a written offer through a man who was conducting repairs at the premises and who had regularly done repairs for the defendant at the premises. The defendant refuses to supply that person's name and contact information.

3. The defendant filed seven eviction actions against me.

4. I complained to the defendant about the problem with furnace several times but he refused to take any action. When he finally called someone, they wrote on a receipt that had already been torn out that there was nothing wrong with the furnace.

5. I had the furnace looked at and was informed that it had not been installed up to Code. I had the parts replaced that were scratching against each other. The defendant refused to repair the furnace in earnest until Washington Gas put a danger tag on it and told me not to use it.

6. I complained about problems with the water including burst pipes, water leaking from the toilet and bathroom through the wall and rotting the kitchen ceiling.

7. A mold company determined that toxic mold was on the premises as a result of years of poor maintenance.



8. The Court has granted defendant's motions that failed to comply with procedural requirements.

9. Each request the defendant made requesting a delay or additional time was granted by the Court.

10. The Court has discriminated against the plaintiff by failing to reasonably accommodate my recognized disability for which I am on medication and remain under a doctor's care.

11. I developed several illnesses including seizures which were caused by conditions on the premises.

I swear that the above statements relating to how I was served notice are true. I understand that a false statement or answer to any question in the Affidavit will subject me to the penalties of perjury.

*Joyce Burnett*
Joyce Burnett

SUBSCRIBED AND SWORN to before me this 16 day of July, 2003, by Joyce Burnett.

_____
Notary Public

Petruzzelli Days
Notary Public District of Columbia
My Commission Expires September 14, 2004

9



7526 Connelley Drive - Suite H
Hanover, Maryland 21076
410-553-9331 .. fax 410-553-9721

## FINAL MOLD INSPECTION REPORT

FOR THE BUILDING LOCATED AT
4801 41st St. N.W.
WASHINGTON D.C.

Report Date: 01/20/02

Inspection and Testing Date: 12/30/02

### Background

The inspector inspected and tested the subject building on 12/30/02. Ms. Burnett was concerned of possible mold related health effects. She had experienced a seizure during a time when workers were fixing a water leak in her bathroom. She is also having more frequent headaches. These symptoms seem to dissipate when she is out of the house.

### Inspectors Visual Observations

The Inspector's careful visual inspection of the building resulted in the following observations:

1. The inspector carefully checked all indoor plumbing fixtures and there immediate vicinity and found evidence of past leakage in the basement and in the upstairs bath.
2. Inside the attic, the inspector carefully examined the roof timbers and roof decking for signs of water damage and mold contamination and found none.
3. The Inspector used a hygrometer to check relative humidity and temperature. The readings on this particular day were 34.7%RH @ 64 F.

4. Using a moisture meter, the Inspector found no abnormal indication of moisture in any walls, ceilings or carpet. It should be noted however that water staining was found in the master bedroom ceiling.
5. Using a boroscope, the Inspector found signs of mold contamination in the bathroom behind the walls.
6. A visual inspection of the basement showed gross mold contamination on wood and paper surfaces. This is most likely due to a past pipe burst and subsequent flooding. The plumbing has now been repaired.

### Samples of Possible Mold

The Inspector took samples of possible mold in the following locations:

1. One air sample in the basement
2. One air sample outside for comparative purposes.
3. One swab of the HVAC duct system.
4. One swab of the upstairs bath behind the plumbing access.

### Sample Results

Because the inspector believes that the most accurate mold identification is possible only after live culturing of mold samples (viable lab testing), a process that takes 7 days for the mold cultures to reach their maximum identification growth, the inspector requested such live culturing when he sent the collected samples to the Florida analysis laboratory. The results of those samples are as follows: Both *allergenic* and *mycotoxic* mold were found. Please see attached mold report for the type of molds found and their possible health effects.

### Understanding Types of Mold

**Allergenic** molds are normally not dangerous in *low* amounts, but they can cause allergic or asthmatic symptoms such as wheezing or a runny nose. These molds can *usually* be abated safely with use of protective equipment including gloves and respiratory protection.

**Mycotoxic** molds can cause serious health effects in humans and animals. Health effects range from short-term irritation to immunosuppression to cancer and even death. If any toxic molds are identified, it is suggested that you seek advice from a mold professional for guidance. The average homeowner should NOT attempt the removal of these types of mold.

**Pathogenic** molds can cause serious health effects in persons with suppressed immune systems, those taking chemotherapy, those with HIV/AIDS, or autoimmunity disorders. If any pathogenic molds are identified, it is suggested you seek the advice of a mold

professional for guidance. The average homeowner should NOT attempt the removal of these types of mold.

## *Mold Report Overview*

The mold(s) identified on this report are often associated with soils, moisture enriched environments, water, and deteriorating materials such as cellulose (paper) based products. Mold is naturally present in outdoor environments and can be a problem in indoor environments at high levels. Mold can grow on virtually any organic substance as long as moisture and oxygen are present. When excessive moisture accumulates in buildings or on building materials, mold growth will often occur, particularly if the moisture problem remains undiscovered or unaddressed. It is impossible to eliminate all molds and mold spores in the indoor environment. Since mold requires water to grow, it is important to prevent moisture problems in buildings. Building materials, such as drywall may not allow moisture to escape easily. Moisture problems may include roof leaks, plumbing leaks, landscaping or gutters that direct water into or under the building.

Active mold growth in indoor environments is inappropriate and may lead to exposure and adverse health effects. The most common symptoms of mold exposure are runny nose, eye irritation, cough, congestion and aggravation of asthma. Individuals with persistent health problems that appear to be related to mold or other types of air quality contaminant exposure should see their physicians for a referral to professionals who are trained in occupational/environmental medicine or related specialties and are knowledgeable about these types of exposures. Decisions about removing individuals from an affected area must be based on the results of such medical evaluation, and be made on a case-by-case basis.

## *Recommendations*

The laboratory analysis of the samples shows a high concentration (compared to the outdoor sample some of the molds found are over 1000 times more concentrated indoors.) of both *allergenic* and *mycotoxic* type molds. It is recommended that the basement, upstairs bath and HVAC system be decontaminated. It is also recommended that Ms. Burnett stay away from the infected areas and not to disturb any of the mold contaminated items in the basement. It should also be noted that the access panel to the plumbing behind the upstairs bath is open to the adjacent bedroom, this should be sealed in the interim before decontamination.

*Jeff Borowski*
National Mold Specialists