UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joyce Burnett<br>    Plaintiff | }<br>}<br>} |
| v. | } Case No. 1:06CV00037<br>} |
| Amar Sharma, et.al<br>    Defendants | }<br>}<br>} |

### DEFENDANTS' ONKAR SHARMA AND SHARMA LAW GROUP'S FORMERLY SHARMA &BHANDARI MOTION TO DISMISS.

Pursuant to Rule 12(b)(6) of the Fed.R.Civ.P., Defendants Onkar N. Sharma, and Sharma Law Group, formerly Sharma & Bhandari (Collectively herein after "Sharma Law Group" or "SLG"), unless a specific reference is necessary, move this Honorable Court to dismiss this case for failure to state a claim upon which relief can be granted against the SLG. This motion is supported by Memorandum of Law filed here with and incorporated herein by reference.

Respectfully Submitted.

_____
Onkar N. Sharma
D.C.Bar No. 217810

Sharma Law Group
9911 Georgia Avenue
Silver Spring
MD-20902
Phone : 301-593-1983
Fax: 301-681-1222

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May 2007, I have sent a copy of the foregoing Defendants' Onkar N. Sharma and Sharma Law Group's Motion to Dismiss and Memorandum by overnight courier/U.S.Mail postage prepaid/hand delivered to:

Joyce Burnett
P.O.Box 6274
Washington, D.C. 20015

Michael A. DeSantis, Esquire
Suite 800
6301 Ivy Lane, Greenbelt
MD -20770

Jennifer A. Renton, Esquire
P.O.Box 526
Edgewater, MD -21037

Patricia A. Jones, Esq.
D.C.Office of AG
441- 4TH Street, N.W.
Washington D.C. 20001

Michael Brand, Esquire
Loewinger A. Brand
471 H.Street, N.W.
Washington D.C. 20001

_____
Onkar N. Sharma