# **EXHIBIT-1**

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Joyce Burnett      )
    Plaintiff,   )
         )
    v.      )   Civil Action No._____
         )
Amar Sharma     )
         )
    Defendant,  )
         )

## AFFIDAVIT OF JOYCE BURNETT IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER

I, Joyce Burnett, being duly sworn, state as follows:

1. I am the Plaintiff in the above captioned case.

2. I have lived at 4801 41st Street N.W., Washington, D.C. 20016 for one (1) year and five (5) months.

3. On June 14, 1998 I signed a yearly lease to the premises, and was a co-tenant with Ms. Jennifer Jones, after responding to a vacancy ad in the Washington Post.

4. I met the Defendant within the first month of moving into the premises. The Defendant knew, at that time, I was either a co-tenant or subtenant. In fact, the Defendant and I even attended religious services together.

5. I paid rent to Ms. Jennifer Jones.

3. I have never failed to pay or was late paying my rent on the aforementioned premises.

4. I enjoy my residence and wish to remain.

5. I am currently enrolled in my second year of law school at American University

School of Law. I am a full-time student.

6. On August 11, 1999, Jennifer Jones, co-tenant, got married and on October 18, 1999, Jennifer Jones, gave notice that she was planning to vacate the premises.

7. As soon as I got word of the co-tenant intention to vacate the premises, I spoke with the Defendant and inquired about the possibility of renting the entire and/or purchasing the premises. However, the Defendant refused to rent or sell the premises to me.

8. The Defendant stated the reason for his refusal was contributed to the Defendant wanting to rent the premises to a family.

9. On November 15, 1999, I received a letter from the Law Offices of Sharma & Bhandari advising me that the Defendant intended to retain possession of the property on November 22, 1999, and change the locks on November 30, 1999. The Defendant's attorney also advised that the Defendant had found another Tenant who is supposed to be renting the entire premises effective December 1, 1999.

10. I have no relatives in the Washington Metropolitan Area; am currently approaching examination period in law school; have limited financial means, and have no where else to go.

11. I understand that a false statement in this affidavit will subject me to the penalties of perjury. I have read the affidavit, and all statements in it are true to the best of my knowledge and belief.

*Joyce Burnett*
Joyce Burnett

SUBSCRIBED AND SWORN, to before me this _____ Day of November 1999, by Joyce Burnett.

_Yvonne S Chandler_
Notary Public, District of Columbia

_01-31-03_
My Commission Expires: