UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Joyce Burnett** } | |
| Plaintiff } | |
| } | |
| v.  } | Case No. 1:06CV00037 |
| } | |
| **Amar Sharma, et.al** } | |
| Defendants } | |

# ORDER

\_\_\_\_\_Upon consideration of Defendant's Onkar N. Sharma, and Sharma Law Group's (formerly known as Sharma & Bhandari) Motion to Dismiss for failure to state a claim, Plaintiff's Opposition thereto, if any, and the entire record herein, and the record set forth in Civ N0.03-2365, it is there upon adjudicated, and ordered, this \_\_\_\_day of \_\_\_\_,2007.

That Defendant Onkar N. Sharma, and Sharma Law Group's (formerly known as Sharma & Bhandari), Motion to Dismiss for failure to state a claim is hereby GRANTED; and it is

Further, ORDERED that Defendants Onkar N. Sharma and Sharma Law Group (formerly known as Sharma & Bhandari) shall have \_\_\_\_days to submit their Affidavit of Attorneys fees and costs in this matter.

_____
Judge U.S. District Court
For the District of Columbia